## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILAS CALHOUN and EMILY CALHOUN, Individually and as Parents and Next Friends of ESTELLA CALHOUN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA and ERIC C. DAUB, M.D. and MARIANNE SUTTON, M.D.,<br><br>　　　　　Defendants. | **Civil Action No.  04-10480-RGS** |

### ASSENTED TO MOTION OF THE DEFENDANT FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO COMPLAINT

Defendant, United States of America ("United States"), by and through its attorney, hereby moves this Court for an enlargement of time to file a response to the Plaintiff's Complaint which was filed on or about March 9, 2004.  Defendant requests that this Court grant an enlargement of time of 94 days up to, and including, August 16, 2004, to file a Response to the Complaint.  Good cause exists for this Motion.  Counsel for the Plaintiff and the United States have conferred and would like to attempt to resolve this matter without the need for a response to the Complaint or any further litigation.  The additional time to respond will allow the Parties to explore the possibility of settlement prior to a response being filed.

N:\AGiedt\a-doj\a-cases\calhoun\enlrg-rspns-5-14-04-f.wpd

This Motion is made in good faith and is not made to delay the action, or for any other improper purpose.

                                      Respectfully submitted,

                                      UNITED STATES OF AMERICA

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:   /s/ Anton P. Giedt
        Anton P. Giedt
        Assistant U.S. Attorney
        1 Courthouse Way
        Boston, MA 02210
        617-748-3309 (Voice)
        617-748-3971 (Fax)
        anton.giedt@usdoj.gov

**LOCAL RULE 7.1 CERTIFICATE**

I, Anton P. Giedt, Assistant U.S. Attorney, hereby certify that I have conferred with the Plaintiffs' counsel of record and that Plaintiffs' counsel has assented to this motion.

                                                                 /s/ Anton P. Giedt
                                                                 Anton P. Giedt
                                                                 Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                             Boston, Massachusetts
                                                                                             DATE: May 14, 2004

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiffs' counsel of record by First Class Mail.

                                                                  /s/ Anton P. Giedt
                                                                  Anton P. Giedt
                                                                 Assistant U.S. Attorney

| **PLAINTIFF COUNSEL:** | **AGENCY COUNSEL:** |
|---|---|
| Michael S. Appel | Eric Fried |
| Anthony V. Argudelo | Claims Attorney |
| Sugarman, Rogers, Barshak & Cohen, P.C. | U.S. S Department of the Air Force |
| 101 Merrimac Street | Air Force Legal Services Agency |
| Boston, MA 02110 | 1501 Wilson Boulevard, Room 835 |
| 617-227-3030 (Voice) | Arlington, VA 22209-2403 |
| 617-523-4001 (Fax) | 703-696-9020 (Voice) |
| appel@srbc.com | |