UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10480-RGS

| | |
|---|---|
| SILAS CALHOUN AND EMILY CALHOUN, INDIVIDUALLY, AND AS PARENTS AND NEXT FRIENDS OF ESTELLA CALHOUN, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, ERIC C. DAUB, M.D. AND MARIANNE SUTTON, M.D., | ) ) ) ) |
| Defendants. | ) ) |

## AUTOMATIC DISCLOSURES OF THE
## DEFENDANT, MARIANNE SUTTON, M.D.

Pursuant to F.R.C.P. 26(a) and Local Rules 26.1(a) and 26.2(a), the defendant, Marianne Sutton, M.D., has provided the following to plaintiff's counsel, Michael S. Appel:

1. Individuals likely to have discoverable information.

(a) The physicians, nurses, and health care providers at Emerson Hospital, including Dr. Russell Coleman, Dr. Lisa Kelly, Dr. Sutton, Dr. Sarah Shulman, Dr. Mark Connaughton, Robyn Gentilotti, R.N., Michelle Bartlett, R.N., Jennifer Eliot, M.L. Sauro, R.N., and C. Barron, R.N.

(b) Dr. Eric Daub

In accordance with Local Rule 26.1 (B), at this time, Dr. Sutton is unable to identify any other individuals who may have information regarding the events alleged in the plaintiffs' complaint.

The defendant reserves the right to further supplement this list.

2. Documents

Dr. Sutton does not have any records regarding the care and treatment that she rendered to Estella Calhoun other than what is contained in Estella Calhoun's medical records from Emerson Hospital which are in the hospital's custody.

3. Insurance Agreements

(a) A policy declaration page from ProMutual, policy no. 1-MP9877, which is attached.

Respectfully submitted,

The defendant,
**MARIANNE SUTTON, M.D.**,
By her Attorneys,

Paul R. Greenberg, BBO No. 552176
Holly L. Parks, BBO No. 647273
**RINDLER • MORGAN, P.C.**
133 Portland Street, Suite 500
Boston, Massachusetts 02114-1728
(617) 973-0660

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand or mail on 7/27/04

Dated:



**Medical Professional Mutual Insurance Company**

## Medical Professional Liability - Claims Made
## Renewal Declaration

|  |  |
|---|---|
| POLICY NUMBER: | 1-MP9877 |
| FORMER POLICY NUMBER: | 1-MP9877 |

**NAMED INSURED AND ADDRESS:**     PMG ID#: A41477
Marianne Sutton, M.D.
Emerson Pediatric Group
Rte.2, ORNAC
P.O. Box 9120
Concord, MA 01742-9120

**PRODUCER:**    PRODUCER ID#: G20J031
Fred C. Church Inc.
1 Merrimack Plz
PO Box 1865
Lowell, MA 01853-1865

**POLICY PERIOD:** 04/12/2003 to 04/12/2004 at 12:01 A.M.
Standard Time at Named Insured address above.

**DESCRIPTION OF BUSINESS:**
MEMBER OF A CORPORATION

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE COVERAGE STATED IN THIS POLICY.

| COVERAGE | RETROACTIVE DATE | CLASS CODE AND DESCRIPTION | LIMITS | |
|---|---|---|---|---|
| Professional Liability | | 80267  Pediatrics-No Surgery | $1,000,000 | Per Claim |
| | | | $3,000,000 | Annual Aggregate |
| Claims Made | 04/12/1989 | | | |
| Supplementary Payments Retroactive Date: | 01/01/1998 | | | |

**ADDITIONAL RATING FACTORS:**

Claims Free Credit

**ADDITIONAL COVERAGES:**     **PREMIUM:**

Professional Contractual Liability     $250

**FORMS AND ENDORSEMENTS ATTACHED TO THIS POLICY:**

| PL 025 01/01 | Medical Professional Liability for Physicians and Surgeons – Claims Made Form |
| PL 019B 01/01 | Contractual Liability Endorsement – Claims Made Form |
| PL 054 01/01 | Massachusetts Mandatory Amendments Endorsement |

| | |
|---|---|
| **POLICY PREMIUM:** | $5,069 |
| **DIVIDENDS PAID:** | $241 |
| **PREMIUM AFTER DIVIDENDS:** | $4,828 |

*Richard W. Brewer*          *Janice W. Allegretto*
Richard W. Brewer            Janice W. Allegretto
President & CEO              Asst. Sec.

THIS IS NOT A BILL. THE BILL WILL FOLLOW SHORTLY.