UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10480-RGS

| | |
|---|---|
| SILAS CALHOUN AND EMILY CALHOUN, INDIVIDUALLY, AND AS PARENTS AND NEXT FRIENDS OF ESTELLA CALHOUN, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, ERIC C. DAUB, M.D. AND MARIANNE SUTTON, M.D., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### MOTION FOR COURT ORDER FOR RELEASE OF ORIGINAL RADIOLOGY FILMS OF THE PLAINTIFF, ESTELLA CALHOUN, FROM CHILDREN'S HOSPITAL AND EMERSON HOSPITAL

NOW COMES the defendant, Marianne Sutton, M.D. ("Dr. Sutton"), and hereby move this Honorable Court for an order for the release of original radiology films of Estella Calhoun from Children's Hospital and Emerson Hospital for inspection.

As grounds therefore, the defendants state the following:

1. This is a medical malpractice action wherein the plaintiff alleges that Dr. Sutton negligently discharged Estella Calhoun from Emerson Hospital, resulting in intracranial bleeding and seizures which caused permanent neuro-deficits. Dr. Sutton was the plaintiff's treating physician when the plaintiff was admitted to Emerson Hospital from March 3 through 6, 2000.

2. Estella Calhoun had an ultrasound performed at Emerson Hospital on March 4, 2000.

3. Estella Calhoun had a head CT performed on March 9, 2000, an MRI performed on March 10, 2000, and a follow-up MRI performed on March 14, 2000, at Children's Hospital.

4. The radiology films are relevant in this medical malpractice case due to the medical diagnosis of the plaintiff.

5. Dr. Sutton now seeks the release of the original radiology films for Estella Calhoun in the possession of Children's Hospital and Emerson Hospital.

6. Dr. Sutton seeks to have their experts inspect and review the radiology films in order to prepare for the defense of this action.

7. No party will be prejudiced by the granting of this motion.

WHEREFORE, the defendant, Dr. Sutton, respectfully requests that this Honorable Court issue the proposed orders attached authorizing the release of the original radiology films of Estella Calhoun to Dr. Sutton's attorney based upon the aforementioned reasons.

The Defendant,
**Marianne Sutton, M.D.**
By her attorneys,

Paul R. Greenberg, BBO No. 552176
Holly L. Parks, BBO No. 647273
**RINDLER • MORGAN, P.C.**
133 Portland Street, Suite 500
Boston, Massachusetts 02114-1728
(617) 973-0660

DATED:

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand or mail on 3/18/05