UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILAS CALHOUN and EMILY CALHOUN, Individually and as Parents and Next Friends of ESTRELLA CALHOUN,<br><br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>UNITED STATES OF AMERICA and ERIC C. DAUB, M.D. and MARIANNE SUTTON, M.D.,<br><br>　　　　　　Defendants. | **Civil Action No.  04-10480-RGS** |

**ASSENTED TO MOTION OF THE DEFENDANT FOR ENLARGEMENT OF TIME
TO COMPLETE DISCOVERY**

　　　Defendant, United States of America ("United States"), by and through its attorney, with the assent of the other parties to this action, hereby moves this Court for an enlargement of time to complete discovery.  Good cause exists for this motion.

　　　Due to changes in personnel at the Department of the Air Force, it has taken longer than expected to locate personnel with information regarding this case and to obtain the correct records.  Further, the subject plaintiff and her parents do not reside in the jurisdiction, but in Hawaii due to Silas Calhoun's active duty in the armed forces.   Finally, the case involves complex medical issues that require careful evaluation and consideration.  For these reasons the following adjustments to the completion of discovery are proposed.

1.　　　Motions pursuant to Fed. R. Civ. P. 15due by October 1, 2005.

2.　　　Fact Discovery completed by January 31, 2006.

3.　　　Plaintiffs' expert disclosures by March 3, 2006.

4.　　　Defendants' expert disclosures by March 31, 2006.

5.　　　Expert discovery completed by April 30, 2006.

6.      Motions for summary disposition due by April 30, 2006.

This Motion is made in good faith and is not made to delay the action, or for any other improper purpose. Plaintiffs and Defendant Marianne Sutton, M.D., have assented to this motion.

            Respectfully submitted,

            UNITED STATES OF AMERICA

            MICHAEL J. SULLIVAN
            United States Attorney

By:   /s/ Anton P. Giedt
       Anton P. Giedt
       Assistant U.S. Attorney
       1 Courthouse Way
       Boston, MA 02210
       617-748-3309 (Voice)
       617-748-3971 (Fax)
       anton.giedt@usdoj.gov

---

**LOCAL RULE 7.1 CERTIFICATE**

I, Anton P. Giedt, Assistant U.S. Attorney, hereby certify that I have conferred with all counsel of record and that all counsel have assented to this motion.

            **/s/ Anton P. Giedt**
            Anton P. Giedt
            Assistant U.S. Attorney

---

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                         Boston, Massachusetts
                                                                      DATE: May 25, 2005

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiffs' counsel of record by electronic filing and by First Class Mail.

            /s/ Anton P. Giedt
            Anton P. Gledt
            Assistant U.S. Attorney

---

| PLAINTIFF COUNSEL: | AGENCY COUNSEL: | DEFENDANT'S COUNSEL: |
|---|---|---|
| Michael S. Appel | Robin L. Brodrick, Major, USAF | Paul R. Greenberg |
| Anthony V. Argudelo | U.S. S Department of the Air Force | Holly L. Parks |
| Sugarman, Rogers, Barshak & Cohen, P.C. | Air Force Legal Services Agency | Rindler & Morgan |
| 101 Merrimac Street | 1501 Wilson Boulevard, Room 835 | 133 Portland Street, Ste 500 |
| Boston, MA 02110 | Arlington, VA 22209-2403 | Boston, MA 02114 |
| 617-227-3030 (Voice) | 703-696-9020 (Voice) | 617-973-0660 (Voice) |
| 617-523-4001 (Fax) | | 617-973-0665 (Fax) |
| appel@srbc.com | | |

N:\AGiedt\a-doj\a-cases\calhoun\us-extnsn-dscvry-#1-5-25-05-f.doc

3