UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILAS CALHOUN and<br>EMILY CALHOUN, Individually and as<br>Parents and Next Friends of ESTELLA<br>CALHOUN,<br>　　　Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA and<br>ERIC C. DAUB, M.D. and<br>MARIANNE SUTTON, M.D.,<br>　　　Defendants | CIVIL ACTION NO. 04-10480-RGS |

## MOTION FOR APPOINTMENT
## OF SPECIAL PROCESS SERVER

Now come the plaintiffs in the above-entitled matter and move that this Court appoint Constables Philip D. Fixman, Michael B. Fixman or Daniel P. Kochakian of Michael B. Fixman & Associates (disinterested parties and over the age of eighteen), 72 Hancock Street, P.O. Box 83, Everett, Massachusetts or a representative thereof, as Special Process Server, for the purpose of serving any and all process served in this case, including but not limited to the Complaint.

　　　　　　　　　　　　　　　　　　Plaintiffs,
　　　　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　　　　　/s/ Michael S. Appel
　　　　　　　　　　　　　　　　　　Michael S. Appel, BBO No. 543898 (appel@srbc.com)
　　　　　　　　　　　　　　　　　　Sugarman, Rogers, Barshak & Cohen, P.C.
　　　　　　　　　　　　　　　　　　101 Merrimac Street
　　　　　　　　　　　　　　　　　　Boston, MA  02114
　　　　　　　　　　　　　　　　　　Tel. (617) 227-3030

Dated:  June 14, 2005