UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10480-RGS

SILAS CALHOUN AND EMILY )
CALHOUN, INDIVIDUALLY, AND AS )
PARENTS AND NEXT FRIENDS OF )
ESTELLA CALHOUN, )
    Plaintiffs, )
)
v. )
)
UNITED STATES OF AMERICA, )
ERIC C. DAUB, M.D. AND )
MARIANNE SUTTON, M.D., )
    Defendants. )

### ORDER FOR THE RELEASE OF ORIGINAL RADIOLOGY FILMS OF ESTELLA CALHOUN FROM CHILDREN'S HOSPITAL

It is hereby ordered that the **Keeper of the Records for Children's Hospital**, or the person or persons in charge of these records, shall furnish to the attorney for the defendant, Marianne Sutton, M.D., to Holly L. Parks, Rindler Morgan, P.C., 133 Portland Street, Suite 500, Boston, Massachusetts, 02114, with all original radiology films of **Estella Calhoun, d.o.b. 2/25/00**, kept by the **Keeper of the Records for Children's Hospital**, such films being kept subject to the provisions of Chapter 11, Massachusetts General Laws, and being admissible under the provisions of Massachusetts General Laws, Chapter 233, Section 79, upon the payment of a reasonable fee.

Counsel for Dr. Sutton may keep said films for twelve weeks time. Thereinafter, the films shall be returned to **Children's Hospital** and maintained by **Children's Hospital** until the trial of this case.

By the Court

_____
JUDGE ~~Justice~~ of the District Court for the
District of Massachusetts

8-3-05.