UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10480-RGS

| | |
|---|---|
| SILAS CALHOUN AND EMILY CALHOUN, INDIVIDUALLY, AND AS PARENTS AND NEXT FRIENDS OF ESTELLA CALHOUN, | ) ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, ERIC C. DAUB, M.D. AND MARIANNE SUTTON, M.D., | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION FOR COURT ORDER FOR RECORDS OF THE PLAINTIFF, ESTELLA CALHOUN, FROM CHILDREN'S HOSPITAL, TRIPLER ARMY MEDICAL CENTER, AND SCHOFIELD BARRACKS HEALTH CENTER**

NOW COMES the defendant, Marianne Sutton, M.D. ("Dr. Sutton"), and hereby moves this Honorable Court for an order for the release of medical records of Estella Calhoun from Children's Hospital, Tripler Army Medical Center and Schofield Barracks Health Clinic for inspection.

As grounds therefore, the defendant states the following:

1.     This is a medical malpractice action wherein the plaintiff alleges that Dr. Sutton negligently discharged Estella Calhoun from Emerson Hospital, resulting in intracranial bleeding and seizures which caused permanent neuro-deficits.  Dr. Sutton was the plaintiff's treating physician when the plaintiff was admitted to Emerson Hospital from March 3 through 6, 2000.

2.      The medical records from all subsequent facilities requested are relevant in this

medical malpractice case due to the medical diagnosis of the plaintiff.

3.      Dr. Sutton now seeks the release of the medical records for Estella Calhoun in the

possession of Children's Hospital, Tripler Army Medical Center and Schofield Barracks

Health Clinic.

4.      Dr. Sutton seeks to have their experts review the medical records in order to

prepare for the defense of this action.

5.      No party will be prejudiced by the granting of this motion.

6.      The defendant will provide reimbursement for the cost of copying these records

upon receipt of an invoice.

        WHEREFORE, the defendant, Dr. Sutton, respectfully requests that this

Honorable Court issue the proposed orders attached authorizing the release of the medical

records of Estella Calhoun to Dr. Sutton's attorney based upon the aforementioned

reasons.

                                        The Defendant,
                                        **Marianne Sutton, M.D.**
                                        By her attorneys,

                                        __/s/_ Holly L. Parks_____
                                        Paul R. Greenberg, BBO No. 552176
                                        Holly L. Parks, BBO No. 647273
                                        **RINDLER • MORGAN, P.C.**
                                        133 Portland Street, Suite 500
                                        Boston, Massachusetts 02114-1728
                                        (617) 973-0660

Dated: 1/27/06

CERTIFICATE OF SERVICE

       I, Holly L. Parks, hereby certify that on the above date I served this document by mailing a copy of same, by first-class mail, to the following:

| | |
|---|---|
| Michael S. Appel, Esq. | Anton P. Giedt, Esq. |
| Sugarman, Rogers, Barshak & Cohen, P.C. | Assistant U.S. Attorney |
| 101 Merrimac Street, 9th Floor | United States Attorney's Office |
| Boston, MA 02114-4737 | Moakley U.S. Courthouse, Suite 920 |
| | 1 Courthouse Way |
| | Boston, MA 02210 |

CERTIFICATION OF CONFERECE WITH COUNSEL

       I, Holly Parks, hereby certify that on January 9, 2006, I spoke with all counsel of record concerning the above matter and all agreed to such Motion.

/s/ Holly L. Parks

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10480-RGS

| | |
|---|---|
| SILAS CALHOUN AND EMILY CALHOUN, INDIVIDUALLY, AND AS PARENTS AND NEXT FRIENDS OF ESTELLA CALHOUN,<br>            Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, ERIC C. DAUB, M.D. AND MARIANNE SUTTON, M.D.,<br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER FOR THE RELEASE OF MEDICAL RECORDS OF ESTELLA CALHOUN FROM CHILDREN'S HOSPITAL**

It is hereby ordered that the **Keeper of the Records for Children's Hospital**, or the person or persons in charge of these records, shall furnish to the attorney for the defendant, Marianne Sutton, M.D., to Holly L. Parks, Rindler Morgan, P.C., 133 Portland Street, Suite 500, Boston, Massachusetts, 02114, with any and all records of **Estella Calhoun, D.O.B. 2/25/00**, kept by the **Keeper of the Records for Children's Hospital**, including all medical records, surgical records, pathology reports and slides, CAT scan films and reports, MRI films and reports, EMGs, X-ray films and reports, any other records, writings, notes or other memoranda relating in any way at all to any of the physical, medical or health conditions, illnesses or disabilities, including but not limited to, those of doctors, nurses, practitioners, health providers, hospitals, clinics, institutions or other health care providers or insurers, being kept subject to the provisions of Chapter 11, Massachusetts General Laws, and being admissible under the provisions of Massachusetts General Laws, Chapter 233, Section 79, upon the payment of a reasonable fee.

By the Court

_____
Justice of the District Court for the
District of Massachusetts

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10480-RGS

| | |
|---|---|
| SILAS CALHOUN AND EMILY CALHOUN, INDIVIDUALLY, AND AS PARENTS AND NEXT FRIENDS OF ESTELLA CALHOUN,<br>　　　　　Plaintiffs, | )<br>)<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| UNITED STATES OF AMERICA, ERIC C. DAUB, M.D. AND MARIANNE SUTTON, M.D.,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) |

## ORDER FOR THE RELEASE OF MEDICAL RECORDS OF ESTELLA CALHOUN FROM TRIPLER ARMY MEDICAL CENTER

It is hereby ordered that the **Keeper of the Records for Tripler Army Medical Center**, or the person or persons in charge of these records, shall furnish to the attorney for the defendant, Marianne Sutton, M.D., to Holly L. Parks, Rindler Morgan, P.C., 133 Portland Street, Suite 500, Boston, Massachusetts, 02114, with any and all records of **Estella Calhoun, d.o.b. 2/25/00**, kept by the **Keeper of the Records for Tripler Army Medical Center**, including all medical records, surgical records, pathology reports and slides, CAT scan films and reports, MRI films and reports, EMGs, X-ray films and reports, any other records, writings, notes or other memoranda relating in any way at all to any of the physical, medical or health conditions, illnesses or disabilities, including but not limited to, those of doctors, nurses, practitioners, health providers, hospitals, clinics, institutions or other health care providers or insurers, upon the payment of a reasonable fee.

By the Court

_____
Justice of the District Court for the
District of Massachusetts

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10480-RGS

| | |
|---|---|
| SILAS CALHOUN AND EMILY CALHOUN, INDIVIDUALLY, AND AS PARENTS AND NEXT FRIENDS OF ESTELLA CALHOUN, | ) ) ) ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, ERIC C. DAUB, M.D. AND MARIANNE SUTTON, M.D., | ) ) ) |
| Defendants. | ) |
| | ) |

## ORDER FOR THE RELEASE OF MEDICAL RECORDS OF ESTELLA CALHOUN FROM SCHOFIELD BARRACKS HEALTH CLINIC

It is hereby ordered that the **Keeper of the Records for Schofield Barracks Health Clinic**, or the person or persons in charge of these records, shall furnish to the attorney for the defendant, Marianne Sutton, M.D., to Holly L. Parks, Rindler Morgan, P.C., 133 Portland Street, Suite 500, Boston, Massachusetts, 02114, with any and all records of **Estella Calhoun, D.O.B. 2/25/00**, kept by the **Keeper of the Records for Schofield Barracks Health Clinic**, including all medical records, surgical records, pathology reports and slides, CAT scan films and reports, MRI films and reports, EMGs, X-ray films and reports, any other records, writings, notes or other memoranda relating in any way at all to any of the physical, medical or health conditions, illnesses or disabilities, including but not limited to, those of doctors, nurses, practitioners, health providers, hospitals, clinics, institutions or other health care providers or insurers, upon the payment of a reasonable fee.

By the Court

_____
Justice of the District Court for the
District of Massachusetts