UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10480-RGS

| | |
|---|---|
| SILAS CALHOUN AND EMILY CALHOUN, INDIVIDUALLY, AND AS PARENTS AND NEXT FRIENDS OF ESTELLA CALHOUN, <br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, ERIC C. DAUB, M.D. AND MARIANNE SUTTON, M.D., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER FOR THE RELEASE OF MEDICAL RECORDS OF ESTELLA CALHOUN FROM SCHOFIELD BARRACKS HEALTH CLINIC**

It is hereby ordered that the **Keeper of the Records for Schofield Barracks Health Clinic**, or the person or persons in charge of these records, shall furnish to the attorney for the defendant, Marianne Sutton, M.D., to Holly L. Parks, Rindler Morgan, P.C., 133 Portland Street, Suite 500, Boston, Massachusetts, 02114, with any and all records of **Estella Calhoun, D.O.B. 2/25/00**, kept by the **Keeper of the Records for Schofield Barracks Health Clinic**, including all medical records, surgical records, pathology reports and slides, CAT scan films and reports, MRI films and reports, EMGs, X-ray films and reports, any other records, writings, notes or other memoranda relating in any way at all to any of the physical, medical or health conditions, illnesses or disabilities, including but not limited to, those of doctors, nurses, practitioners, health providers, hospitals, clinics, institutions or other health care providers or insurers, upon the payment of a reasonable fee.

By the Court,

_Richard G. Stearns_
Justice of the District Court for the
District of Massachusetts
2/28/06