UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10480-RGS

SILAS CALHOUN AND EMILY )
CALHOUN, INDIVIDUALLY, AND AS )
PARENTS AND NEXT FRIENDS OF )
ESTELLA CALHOUN, )
     Plaintiffs, )
  )
v. )
  )
UNITED STATES OF AMERICA, )
ERIC C. DAUB, M.D. AND )
MARIANNE SUTTON, M.D., )
     Defendants. )

## ORDER FOR THE RELEASE OF MEDICAL RECORDS OF ESTELLA CALHOUN FROM TRIPLER ARMY MEDICAL CENTER

It is hereby ordered that the **Keeper of the Records for Tripler Army Medical Center**, or the person or persons in charge of these records, shall furnish to the attorney for the defendant, Marianne Sutton, M.D., to Holly L. Parks, Rindler Morgan, P.C., 133 Portland Street, Suite 500, Boston, Massachusetts, 02114, with any and all records of **Estella Calhoun, d.o.b. 2/25/00**, kept by the **Keeper of the Records for Tripler Army Medical Center**, including all medical records, surgical records, pathology reports and slides, CAT scan films and reports, MRI films and reports, EMGs, X-ray films and reports, any other records, writings, notes or other memoranda relating in any way at all to any of the physical, medical or health conditions, illnesses or disabilities, including but not limited to, those of doctors, nurses, practitioners, health providers, hospitals, clinics, institutions or other health care providers or insurers, upon the payment of a reasonable fee.

By the Court

Justice of the District Court for the
District of Massachusetts

2|28|06