UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILAS CALHOUN and<br>EMILY CALHOUN, Individually and as<br>Parents and Next Friends of ESTELLA<br>CALHOUN,<br>        Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA and<br>ERIC C. DAUB, M.D. and<br>MARIANNE SUTTON, M.D.,<br>        Defendants | CIVIL ACTION NO.  04-10480-RGS |

**ASSENTED-TO MOTION FOR RETURN OF
MEDICAL MALPRACTICE BOND**

Now come the plaintiffs and hereby move this Court, with the assent of the defendant

Marianne Sutton, M.D.,  to order a return to the plaintiffs of the medical malpractice bond posted

in this case.  As grounds for this motion, the plaintiffs state as follows:

1.    The plaintiffs filed the complaint on March 10, 2004.

2.    Shortly thereafter, the defendant Dr. Marianne Sutton requested a transfer to the

Middlesex Superior Court for a medical malpractice tribunal, pursuant to M.G.L. c. 231,

§ 60(B).

3.    On June 23, 2004, the tribunal found for Dr. Sutton and subsequently the

plaintiffs posted a $6,000 bond with the Court in order to continue the claim against Dr. Sutton.

4.    The plaintiffs have now determined that they will voluntarily dismiss Dr. Sutton

with prejudice, and intend to file a stipulation of dismissal with this Court.

5.    Dr. Sutton has agreed to waive all rights to the $6,000 bond previously posted by

the plaintiffs.

Accordingly, the plaintiffs hereby request that the Court grant this assented-to motion for

return of the medical malpractice bond.

Respectfully Submitted,

SILAS CALHOUN, ET AL,
By their attorneys,


/s/ Michael S. Appel
Michael S. Appel, BBO No. 543898 (appel@srbc.com)
SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030




MARIANNE SUTTON, M.D.
By her attorneys,


/s/ Holly L. Parks
Holly L. Parks, BBO No. 647273 (hparks@rindlermorgan.com)
Rindler Morgan, P.C.
133 Portland Street, Suite 500
Boston, MA 02114
(617) 973-0660

Dated:  April 5, 2006

#375408

2