UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10480-RGS

| | |
|---|---|
| SILAS CALHOUN AND EMILY CALHOUN, INDIVIDUALLY, AND AS PARENTS AND NEXT FRIENDS OF ESTELLA CALHOUN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, ERIC C. DAUB, M.D. AND MARIANNE SUTTON, M.D.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL AS TO MARIANNE SUTTON, M.D.**

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), the plaintiffs hereby dismiss all of their claims against Marianne Sutton, M.D. with prejudice, without costs and waive all rights of appeal.

| | |
|---|---|
| The Plaintiffs,<br>**Silas and Emily Calhoun,**<br>**Estella Calhoun,**<br>By their attorneys, | The Defendant,<br>**Marianne Sutton, M.D.,**<br>By her attorneys, |
| /s/ Michael S. Appel<br>Michael S. Appel, BBO# 543898<br>Anthony V. Agudelo, BBO# 642260<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA 02114 | /s/ Paul R. Greenberg<br>Paul R. Greenberg, BBO# 552176<br>Holly L. Parks, BBO# 647273<br>RINDLER • MORGAN, P.C.<br>133 Portland Street, Suite 500<br>Boston, MA 02114-1728 |

(617) 227-3030                                    (617) 973-0660

                                                  The Defendant,
                                                  **United States of America**,
                                                  By its attorney,


                                                  /s/ Anton P. Giedt
                                                  Anton P. Giedt
                                                  Assistant U.S. Attorney
                                                  United States Attorney's Office
                                                  Moakley U.S. Courthouse, Suite 920
                                                  1 Courthouse Way
                                                  Boston, MA 02210


Dated: April 10, 2006