UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILAS CALHOUN AND EMILY CALHOUN, INDIVIDUALLY, AND AS PARENTS AND NEXT FRIENDS OF ESTELLA CALHOUN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **Civil Action No. 04-10480-RGS** |

### STIPULATION OF DISMISSAL AS TO ERIC C. DAUB, M.D.

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), and in accordance with 28 U.S.C. § 2679(b) and (d), of the Federal Tort Claims Act, the plaintiffs hereby dismiss all of their claims against Eric M. Daub, M.D., and all claims shall be deemed an action against the United States as the party defendant.

Respectfully submitted,

| For the Plaintiffs, | For the Defendant, |
|---|---|
| Silas and Emily Calhoun, Estella Calhoun,<br>By their Attorneys, | UNITED STATES OF AMERICA<br><br>MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Michael S. Appel  (By: APG) 4/14/2006<br>Michael S. Appel, BBO# 543898<br>Anthony V. Agudelo, BBO# 642260<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA 02114 | By:   /s/ Anton P. Giedt   4/14/2006<br>Anton P. Giedt<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3309 (Voice)<br>617-748-3971 (Fax)<br>anton.giedt@usdoj.gov |

| | | | |
|---|---|---|---|
| <div align="center">**CERTIFICATE OF SERVICE**</div> ||||
| Suffolk, ss. ||| Boston, Massachusetts<br>DATE: 4/14/2006 |
| I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiffs' Counsel of Record by Electronic Filing. ||||
| ||| /s/ Anton P. Giedt<br>Anton P. GIedt<br>Assistant U.S. Attorney |
| **PLAINTIFFS' COUNSEL:**<br>Michael S. Appel<br>Anthony V. Argudelo<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street<br>Boston, MA 02110<br>617-227-3030 (Voice)<br>617-523-4001 (Fax)<br>appel@srbc.com | **AGENCY COUNSEL**:<br>Captain Joseph Pollard<br>Tort Claims Attorney<br>U.S. S Department of the Air Force<br>Air Force Legal Services Agency<br>1501 Wilson Boulevard, Room 835<br>Arlington, VA 22209-2403<br>703-696-9020 (Voice) | | |