UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SILAS CALHOUN and
EMILY CALHOUN, Individually and as
Parents and Next Friends of ESTELLA
CALHOUN,
      Plaintiffs

v.

UNITED STATES OF AMERICA and
ERIC C. DAUB, M.D. and
MARIANNE SUTTON, M.D.,
      Defendants

CIVIL ACTION NO. 04-10480-RGS

### ORDER OF DISMISSAL

It is hereby ORDERED as follows:

That this action against Marianne Sutton, M.D. be dismissed with prejudice, without costs, and all rights of appeal are waived.

SO ORDERED:

*[signature]*
Richard G. Stearns, U.S. District Judge

Date: 4-14-06.

#376292