UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SILAS CALHOUN and
EMILY CALHOUN, Individually and as
Parents and Next Friends of ESTELLA
CALHOUN,
    Plaintiffs

v.

UNITED STATES OF AMERICA and
ERIC C. DAUB, M.D. and
MARIANNE SUTTON, M.D.,
    Defendants

CIVIL ACTION NO. 04-10480-RGS

**ORDER**

It is hereby ORDERED as follows:

That the medical malpractice bond posted in this case of $6,000 in the Middlesex Superior Court, CV2004-01796-B, be returned to the plaintiffs.

SO ORDERED:

*Richard G. Stearns*
Richard G. Stearns, U.S. District Judge

Date: 4-14-06.

#376230