UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILAS CALHOUN and EMILY CALHOUN, Individually and as Parents and Next Friends of ESTELLA CALHOUN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Civil Action No. 04-10480-RGS |

**JOINT MOTION FOR ENLARGEMENT OF TIME
TO COMPLETE DISCOVERY**

The parties, by and through their attorneys, hereby move this Court for an enlargement of time to complete discovery. Good cause exists for this motion.

As reported previously, the subject minor plaintiff and her parents do not reside in the jurisdiction, but in Hawaii due to Silas Calhoun's active duty in the armed forces. Although the parties have completed substantial fact and expert discovery and depositions, the case involves complex medical issues that have required additional time to carry out the expert phase of discovery, including expert testing and evaluation of the minor plaintiff in Hawaii, and the completion of educational needs evaluations. For these reasons the following adjustments to the completion of discovery are proposed.

1. Defendants' expert disclosures by February 9, 2007.

2. Expert discovery completed by April 6, 2007.

3. Motions for summary disposition due by May 4, 2007.

4. Hearing on motions for summary disposition and pretrial conference by June 15, or at Court's discretion.

      This Motion is made in good faith and is not made to delay the action, or for any other improper purpose.

| For the Plaintiffs, | | For the Defendant, |
|---|---|---|
| Silas and Emily Calhoun,<br>Estella Calhoun, | | UNITED STATES OF AMERICA<br><br>MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Michael S. Appel  12/14/2006 (By: APG)<br>Michael S. Appel, BBO# 543898<br>Anthony V. Agudelo, BBO# 642260<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA 02114<br>617-227-3030 (Voice)<br>617-523-4001 (Fax)<br>appel@srbc.com | By: | /s/ Anton P. Giedt   12/14/2006<br>Anton P. Giedt<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3309 (Voice)<br>617-748-3971 (Fax)<br>anton.giedt@usdoj.gov |

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                            Boston, Massachusetts
                                                                                                         DATE: December 14, 2006

   I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiffs' counsel of record by Electronic Filing.

                                                        /s/ Anton P. Giedt
                                                        Anton P. Giedt
                                                        Assistant U.S. Attorney

| **PLAINTIFFS' COUNSEL:** | **AGENCY COUNSEL**: |
|---|---|
| Michael S. Appel<br>Anthony V. Argudelo<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street<br>Boston, MA 02110<br>617-227-3030 (Voice)<br>617-523-4001 (Fax)<br>appel@srbc.com | Joseph Pollard, Captain, USAF<br>U.S. S Department of the Air Force<br>Air Force Legal Services Agency<br>1501 Wilson Boulevard, Room 835<br>Arlington, VA 22209-2403<br>703-696-9020 (Voice) |