UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILAS CALHOUN and EMILY CALHOUN, Individually and as Parents and Next Friends of ESTELLA CALHOUN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | **Civil Action No. 04-10480-RGS** |

**ASSENTED TO MOTION FOR EXTENSION OF TIME
TO COMPLETE EXPERT REPORTS**

The United States respectfully request, with the assent of the plaintiffs, an extension of time of 30 days until March 9, 2007, to complete Defendant's expert reports. Due to an urgent personal medical matter, undersigned counsel will not be able to complete all of the United States' expert reports by February 9, 2007. This is the final discovery task to be completed in this action and the extension will not affect or change any other deadlines or the trial date in this action.

      This Motion is made in good faith and is not made to delay the action, or for any other improper purpose.

| For the Plaintiffs, | For the Defendant, |
|---|---|
| Silas and Emily Calhoun,<br>Estella Calhoun, | UNITED STATES OF AMERICA<br><br>MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Michael S. Appel  2/6/2007 (By: APG)<br>Michael S. Appel, BBO# 543898<br>Anthony V. Agudelo, BBO# 642260<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA 02114<br>617-227-3030 (Voice)<br>617-523-4001 (Fax)<br>appel@srbc.com | By:  /s/ Anton P. Giedt   2/6/2007<br>Anton P. Giedt<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3309 (Voice)<br>617-748-3971 (Fax)<br>anton.giedt@usdoj.gov |

---

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                                                          Boston, Massachusetts<br>
                                                                                                                           DATE: February 6, 2007

    I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiffs' counsel of record by Electronic Filing.

                                                                                      /s/ Anton P. Giedt<br>
                                                                                     Anton P. Giedt<br>
                                                                                     Assistant U.S. Attorney

| **PLAINTIFFS' COUNSEL:**<br>Michael S. Appel<br>Anthony V. Argudelo<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street<br>Boston, MA 02110<br>617-227-3030 (Voice)<br>617-523-4001 (Fax)<br>appel@srbc.com | **AGENCY COUNSEL**:<br>Joseph Pollard, Captain, USAF<br>U.S. S Department of the Air Force<br>Air Force Legal Services Agency<br>1501 Wilson Boulevard, Room 835<br>Arlington, VA 22209-2403<br>703-696-9020 (Voice) |