UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILAS CALHOUN and<br>EMILY CALHOUN, Individually and as<br>Parents and Next Friends of ESTELLA<br>CALHOUN,<br>        Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA and<br>ERIC C. DAUB, M.D. and<br>MARIANNE SUTTON, M.D.,<br>        Defendants | CIVIL ACTION NO.  04-10480-RGS |

## JOINT MOTION TO RE-SCHEDULE TRIAL

Now come the parties and hereby request that the Court re-schedule trial of this action from June 25, 2007 to May 14, 2007.  Because of plaintiffs' scheduling conflicts and medical reasons, the parties agree that the date be rescheduled to the requested date of May 14, 2007..

Respectfully submitted,

/s/ Michael S. Appel
Michael S. Appel, BBO #543898
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114
*appel@srbc.com*


/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210
*anton.giedt@usdoj.gov*

Dated: February 21, 2007