# EXHIBIT "A"

**Index of Medical/Educational Records of Estella Calhoun:**

| NUMBER | PROVIDER | DATE | BATES RANGE |
|---|---|---|---|
| 1. | Beth Israel Hospital | 2/25/00 - 2/27/00 | 0001 – 0072 |
| 2. | Hanscom Air Force Base | 2/29/00 - 5/8/00 | 0073 – 0098 |
| 3. | Emerson Hospital | 3/3/00 - 3/6/00 | 0099 – 0140 |
| 4. | Children's Hospital | 3/9/00 - 4/28/03 | 0141 – 0257g |
| 5. | Centre Pediatric Associates | 3/21/00 - 12/10/02 | 0258 – 0283 |
| 6. | Andre J. DuPlessis, MD | 4/12/00 - 3/28/01 | 0284 – 0293b |
| 7. | Children's Community Early Intervention | 4/20/00 - 9/19/00 | 0294 – 0306 |
| 8. | Minute Man Early Intervention Program | 9/25/01 - 2/14/03 | 0307 – 0324 |
| 9. | Judy P. King, MS Ed | 3/22/03 | 0325 – 0326 |
| 10. | Tripler Army Medical Center | 8/8/03 - 1/31/06 | 0327 – 0353 |
| 11. | State of Hawaii Department of Education | 8/11/03 - 4/22/05 | 0354 – 0414 |
| 12. | Department of the Army | 9/15/03 - 10/17/03 | 0415 – 0420 |
| 13. | Project Assist | 10/2/03 - 10/20/04 | 0421 – 0435 |
| 14. | Hale Kula Elementary School | 7/06-01/07 | 0436 – 0445 |
| 15. | Xrays from Emerson and Children's Hospitals | 3/4/00-3/14/00 | |

| NUMBER | PROVIDER | DATE | BATES RANGE |
|---|---|---|---|
|  |  |  |  |
| 16. | Biography of Eric C. Daub, MD | undated | 0465 |
|  |  |  |  |
| A. | Letter from Silas Calhoun to Col. Armstead | 3/14/2000 | 0446 |
|  |  |  |  |

375775