UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILAS CALHOUN AND EMILY CALHOUN, INDIVIDUALLY, AND AS PARENTS AND NEXT FRIENDS OF ESTELLA CALHOUN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 04-10480-RGS |

NOTICE OF APPEARANCE

Pursuant to Local Rules 83.5.2(a) and 83.5.3(a), please enter the appearance of Karen L. Goodwin, Assistant United States Attorney, as co-counsel for the United States in the above captioned action.

                                                                    Respectfully submitted,

                                                                    UNITED STATES OF AMERICA

                                                                    MICHAEL J. SULLIVAN
                                                                    United States Attorney

                                    By:    /s/Karen L. Goodwin
                                                        Karen L. Goodwin
                                                        Assistant U.S. Attorney
                                                        U.S. Attorney's Office
                                                        Federal Building and Courthouse
                                                        1550 Main Street, No. 310
                                                        Springfield, MA 01103
                                                        413-785-0269 (Voice)
                                                        413-785-0394 (Fax)

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                             Boston, Massachusetts
                                                         DATE: April 5, 2007

I, Karen L. Goodwin, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiffs' counsel of record by Electronic Filing.

                                                         /s/Karen L. Goodwin
                                                         Karen L. Goodwin
                                                         Assistant U.S. Attorney