# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SILAS CALHOUN and EMILY CALHOUN, Individually and as Parents and Next Friends of ESTELLA CALHOUN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | **Civil Action No. 04-10480-RGS** |

### JOINT MOTION FOR ENLARGEMENT OF TIME
### TO FILE PROPOSED FINDINGS OF FACT AND LAW

The parties, by and through their attorneys, hereby move this Court for an enlargement of time to file proposed findings of fact and law in the above captioned action. Good cause exists for this motion. Due to a backlog of work the court reporter was unable to complete the trial transcripts by the end of May. Thus, the parties have not been able to complete their respective proposed findings of fact and law by the Court's previously scheduled deadline of May 31, 2007. The court reporter believes the transcripts will be completed by June 11, 2007. Accordingly, the parties request an enlargement of time until July 3, 2007, to file proposed findings of fact and law.

This Motion is made in good faith and is not made to delay the action, or for any other improper purpose.

| For the Plaintiffs, | For the Defendant, |
|---|---|
| Silas and Emily Calhoun,<br>Estella Calhoun, | UNITED STATES OF AMERICA<br><br>MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Michael S. Appel  6/1/2007 (By: APG)<br>Michael S. Appel, BBO# 543898<br>Anthony V. Agudelo, BBO# 642260<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street, 9th Floor<br>Boston, MA 02114<br>617-227-3030 (Voice)<br>617-523-4001 (Fax)<br>appel@srbc.com | By: /s/ Anton P. Giedt   6/1/2007<br>Anton P. Giedt<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3309 (Voice)<br>617-748-3971 (Fax)<br>anton.giedt@usdoj.gov |

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                                                       Boston, Massachusetts
                                                                                                                                   DATE: June 1, 2007

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiffs' counsel of record by Electronic Filing.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney

| **PLAINTIFFS' COUNSEL:** | **AGENCY COUNSEL**: |
|---|---|
| Michael S. Appel<br>Anthony V. Argudelo<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street<br>Boston, MA 02110<br>617-227-3030 (Voice)<br>617-523-4001 (Fax)<br>appel@srbc.com | Joseph Pollard, Captain, USAF<br>U.S. S Department of the Air Force<br>Air Force Legal Services Agency<br>1501 Wilson Boulevard, Room 835<br>Arlington, VA 22209-2403<br>703-696-9020 (Voice) |