Return To: _____   Date Due: _____   Revised: 05/02

# MONITORING FORM

Student: **Estella C**   Grade: **K**   Date completed: **7 Nov 05**
Regular Education Teacher: **D Hetherington**   Subject: **General**

Frequency:   Weekly ____   Bi-monthly ____   Monthly ____   Quarterly ____

Please complete the checklist below to indicate this student's progress.

| ACADEMICS | ALWAYS | OFTEN | SOME TIMES | SELDOM | NEVER |
|---|---|---|---|---|---|
| Listens to Instructions | | | ✓ | | |
| Follows Directions | | | ✓ | | |
| Participates in activities and discussions | ✓ | | | | |
| Completes class assignments | ✓ | | | | |
| Completes homework assignments | ✓ | | | | |
| Keeps papers organized | | ✓ | | | |
| | | | | | |
| | | | | | |

| SOCIAL/BEHAVIOR | ALWAYS | OFTEN | SOME TIMES | SELDOM | NEVER |
|---|---|---|---|---|---|
| Displays responsible behavior | | | ✓ | | |
| Relates with peers positively | | | ✓ | | |
| Demonstrates appropriate self-esteem | | ✓ | | | |
| Asks for assistance when in need | | ✓ | | | |
| Remains on task | | | ✓ | | |
| Works independently | | | ✓ | | |
| | | | | | |
| | | | | | |

# of Absences [ 0 ]   # of Tardies [ 0 ]   # of Discipline Referrals [ 0 ]   # of Parent contacts **Daily**

Is there a behavior support plan? **IEP**  Are you following it? **yes**  Is it successful? **@ times**

Is there a crisis plan? **no**  Are you following it? ____  Is it successful? ____

Does daily instruction incorporate IEP/504 MP accommodations? **yes**

What other services/modifications might benefit this student? ____

EXHIBIT 11 TAGUBA

Would you like a conference? ____   If yes, with whom? ____
Additional comments may be written on the back.

0437

Student: _____

School Year  2006 – 2007

| Progress Report Scale | Progress Descriptors |
|---|---|
| More than adequate progress | Expected to meet standards if the present level of **excellent** performance **continues**. |
| A_ _uate progress | Expected to meet standards if the present level of **acceptable** performance **continues**. |
| Li__ _d progress | Expected to meet standards if the present level of performance **improves**. |
| No progress | Expected to meet standards if the present level of performance **improves considerably**. |
| Not applicable | These standards have not been addressed at this time. |

| Status Report Scale | | Proficiency Level Descriptors |
|---|---|---|
| ME | Meets with Excellence | Demonstrates excellent achievement of the standards. |
| MP | Meets Proficiency | Demonstrates acceptable achievement of the standards. |
| N | Approaches Proficiency | Is approaching acceptable achievement of the standards. |
| U | Well Below proficiency | Does not demonstrate acceptable achievement of the standards or provides no evidence. |
| NA | Not applicable at this time | These standards have not been addressed at this time. |
| SC | See Teacher Comments | |

**About the Reports**

The Progress Report provides a preliminary indication of the student's progress toward attaining the standards.

The Status Report, given at the end of each semester, provides a standards-based grade of the student's achievement for the semester.

**Content Areas**

| Content Area | Progress 1: More than adequate progress | Progress 1: Adequate progress | Progress 1: Limited progress | Progress 1: No progress | Progress 1: Not applicable | S1 | Progress 2: More than adequate progress | Progress 2: Adequate progress | Progress 2: Limited progress | Progress 2: No progress | Progress 2: Not applicable | S2 | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Language Arts** | | | | | | | | | | | | | |
| Reading and Literature | | | ✓ | | | N | | | | | | | |
| Writing | | | ✓ | | | N | | | | | | | |
| Oral Communication | | | ✓ | | | MP | | | | | | | |
| **Mathematics** | | | | | | | | | | | | | |
| Numbers and Operations | | | ✓ | | | MP | | | | | | | |
| Measurement | | | | | ✓ | NA | | | | | | | |
| Geometry and Spatial Sense | | | | | ✓ | MP | | | | | | | |
| Patterns, Functions, and Algebra | | ✓ | | | | MP | | | | | | | |
| Data Analysis, Statistics and Probability | | | ✓ | | | N | | | | | | | |
| **Science** | | | | | | | | | | | | | |
| The Scientific Process | | | ✓ | | | MP | | | | | | | |
| Life and Environmental Sciences | | ✓ | | | | MP | | | | | | | |
| Physical, Earth, and Space Sciences | | | | | ✓ | NA | | | | | | | |
| **Social Studies** | | | | | | | | | | | | | |
| History | | | | | ✓ | MP | | | | | | | |
| Political Science | | ✓ | | | | MP | | | | | | | |
| Cultural Anthropology | | | | | ✓ | NA | | | | | | | |
| Geography | | | | | ✓ | NA | | | | | | | |
| Economics | | | | | ✓ | MP | | | | | | | |
| **Fine Arts** | | | | | | | | | | | | | |
| Visual | | ✓ | | | | MP | | | | | | | |
| Music/Dance/Drama | | ✓ | | | | ME | | | | | | | |
| Health | | ✓ | | | | MP | | | | | | | |
| Physical Education | | | ✓ | | | MP | | | | | | | |
| W__ _l Languages: NOT OFFERED | | | | | | | | | | | | | |
| Career and Technical Education | | ✓ | | | | MP | | | | | | | |

School Year __2006 – 2007__

**Teacher Comments Quarter 1**

Estella is an active participant in discussions. She wants to do well, but is often loud and silly in class. Her vocalizing distracts her from doing her work. In Language Arts she is developing and she needs to apply her letter sounds to her reading and writing. She's improved in handling disappointments (e.g. she doesn't get upset if she doesn't get a turn).

Per Mr. Bevacqua, PE teacher: Needs to improve on listening, following directions and effort.

Teacher Signature __L. Yamanaka__  Date __10-06__

**Teacher Comments Quarter 2**

Estella continues to grow as a reader. She works hard on sounding out her ~~words~~ letters when she reads. As a writer, her ideas flow freely. She can improve by extending her ideas using details and descriptions. Estella continues to need reminders about controlling herself (excessive talking and laughing) in class as this can be disruptive and interfere with her getting her work done.

Teacher Signature __L. Yamanaka__  Date __1-07__

**Teacher Comments Quarter 3**

Teacher Signature _____  Date _____

**Teacher Comments Quarter 4**

Teacher Signature _____  Date _____

Assigned to Grade _____ next year

# STAR Early Literacy™
## Parent Report

Wednesday, January 24, 2007  5:24:16 PM
Test Date: December 12, 2006  3:46:26 PM

e Kula Elementary School

**Calhoun, Estella**          **Teacher: Yamanaka, Vera**

**Grade: 1**                  **Class: Yamanaka**

Dear Parent or Guardian

Your child has just taken a STAR Early Literacy™ assessment on the computer. STAR Early Literacy measures your child's proficiency in up to seven areas that are important in reading development. This report summarizes your child's scores on the assessment. As with any assessment, many factors can affect your child's scores. It is important to understand that these scores provide only one picture of how your child is doing in school.

**Scaled Score:   627**

The Scaled Score is the overall score that your child received on the STAR Early Literacy assessment. It is calculated based on both the difficulty of the questions and the number of correct responses. Scaled Scores in STAR Early Literacy range from 300 to 900 and span the grades Pre-K through 3.

Estella obtained a Scaled Score of 627. This is an increase of 36 from the Scaled Score of 591 that Estella obtained on her initial assessment. Scaled Scores relate to three developmental stages: Emergent-Reader (300 - 674), Transitional Reader (675-774), and Probable Reader (775 - 900). A Scaled Score of 627 means that Estella is at the Emergent Reader stage.

| Date Tested | Scaled Score | Emergent Reader (300-600) | Trans. Reader (700) | Probable Reader (800-900) |
|---|---|---|---|---|
| 08/14/06 | 591 | | | |
| 12/12/06 | 627 | | | |

▼ Initial Test Scaled Score
▲ Last Test Scaled Score

At the late Emergent Reader stage, children can identify most of the letters of the alphabet and can match most of the letters to their sounds. They are beginning to "read" picture books and familiar words around their home. Through repeated reading of favorite books with an adult, children at this stage are building their vocabularies, listening skills, and understandings of print.

Estella is probably recognizing some printed words in her environment, including signs and her name. Estella is likely learning to separate spoken words into smaller parts, such as m - and - at for "mat". Estella is probably also beginning to "sound out" simple printed words. With her growing knowledge of letter sounds and word structure, Estella is starting to get meaning from text.

You can help develop your child's early literacy skills by reading engaging, predictable books to and with your child. To encourage Estella to voice her own ideas, talk with her about what you've read, seen, heard, or done together. Estella would also benefit from games that build an awareness of sounds and letters, such as rhyming games or games that involve sorting words by first letter, last letter, or sound.

If you have any questions about your child's scores or these recommendations, please contact me at your convenience.

Teacher Signature: _____ Date: _____

Teacher Comments:

BRIGHT FUTURES ☀ TOOL FOR PROFESSIONALS

# Vanderbilt ADHD Diagnostic Teacher Rating Scale

Name: Estella Calhoun   Grade: 1

Date of Birth: 2-25-00   Teacher: Mrs V Yamanaka   School: Hale Kula El

Each rating should be considered in the context of what is appropriate for the age of the children you are rating.

Frequency Code: 0 = Never; 1 = Occasionally; 2 = Often; 3 = Very Often

| # | Item | 0 | 1 | 2 | 3 |
|---|---|---|---|---|---|
| 1. | Fails to give attention to details or makes careless mistakes in schoolwork | 0 | 1 | **(2)** | 3 |
| 2. | Has difficulty sustaining attention to tasks or activities | 0 | 1 | 2 | **(3)** |
| 3. | Does not seem to listen when spoken to directly | 0 | **(1)** | 2 | 3 |
| 4. | Does not follow through on instruction and fails to finish schoolwork (not due to oppositional behavior or failure to understand) | 0 | **(1)** | 2 | 3 |
| 5. | Has difficulty organizing tasks and activities | 0 | **(1)** | 2 | 3 |
| 6. | Avoids, dislikes, or is reluctant to engage in tasks that require sustaining mental effort | 0 | **(1)** | 2 | 3 |
| 7. | Loses things necessary for tasks or activities (school assignments, pencils, or books) | 0 | **(1)** | 2 | 3 |
| 8. | Is easily distracted by extraneous stimuli | 0 | 1 | 2 | **(3)** |
| 9. | Is forgetful in daily activities | 0 | **(1)** | 2 | 3 |
| 10. | Fidgets with hands or feet or squirms in seat | 0 | **(1)** | 2 | 3 |
| 11. | Leaves seat in classroom or in other situations in which remaining seated is expected | 0 | **(1)** | 2 | 3 |
| 12. | Runs about or climbs excessively in situations in which remaining seated is expected | **(0)** | 1 | 2 | 3 |
| 13. | Has difficulty playing or engaging in leisure activities quietly | 0 | 1 | **(2)** | 3 |
| 14. | Is "on the go" or often acts as if "driven by a motor" | 0 | **(1)** | 2 | 3 |
| 15. | Talks excessively | 0 | 1 | 2 | **(3)** |
| 16. | Blurts out answers before questions have been completed | 0 | 1 | 2 | **(3)** |
| 17. | Has difficulty waiting in line | 0 | 1 | 2 | **(3)** |
| 18. | Interrupts or intrudes on others (e.g., butts into conversations or games) | 0 | 1 | 2 | **(3)** |
| 19. | Loses temper | 0 | 1 | **(2)** | 3 |

*(continued on next page)*

www.brightfutures.org

0457

*Vanderbilt ADHD Diagnostic Teacher Rating Scale (continued)*

Frequency Code: 0 = Never; 1 = Occasionally; 2 = Often; 3 = Very Often

| | 0 | 1 | 2 | 3 |
|---|---|---|---|---|
| 20. Actively defies or refuses to comply with adults' requests or rules | **(0)** | 1 | 2 | 3 |
| 21. Is angry or resentful | 0 | **(1)** | 2 | 3 |
| 22. Is spiteful and vindictive | 0 | **(1)** | 2 | 3 |
| 23. Bullies, threatens, or intimidates others | 0 | **(1)** | 2 | 3 |
| 24. Initiates physical fights | **(0)** | 1 | 2 | 3 |
| 25. Lies to obtain goods for favors or to avoid obligations (i.e., "cons" others) | 0 | **(1)** | 2 | 3 |
| 26. Is physically cruel to people | **(0)** | 1 | 2 | 3 |
| 27. Has stolen items of nontrivial value | **(0)** | 1 | 2 | 3 |
| 28. Deliberately destroys others' property | **(0)** | 1 | 2 | 3 |
| 29. Is fearful, anxious, or worried | 0 | **(1)** | 2 | 3 |
| 30. Is self-conscious or easily embarrassed | 0 | **(1)** | 2 | 3 |
| 31. Is afraid to try new things for fear of making mistakes | **(0)** | 1 | 2 | 3 |
| 32. Feels worthless or inferior | 0 | **(1)** | 2 | 3 |
| 33. Blames self for problems, feels guilty | 0 | **(1)** | 2 | 3 |
| 34. Feels lonely, unwanted, or unloved; complains that "no one loves him/her" | 0 | **(1)** | 2 | 3 |
| 35. Is sad, unhappy, or depressed | 0 | **(1)** | 2 | 3 |

## PERFORMANCE

| | Problematic | | Average | | Above Average |
|---|---|---|---|---|---|
| **Academic Performance** | | | | | |
| 1. Reading | 1 | **(2)** | 3 | 4 | 5 |
| 2. Mathematics | 1 | **(2)** | 3 | 4 | 5 |
| 3. Written expression | 1 | 2 | **(3)** | 4 | 5 |
| **Classroom Behavioral Performance** | | | | | |
| 1. Relationships with peers | 1 | **(2)** | 3 | 4 | 5 |
| 2. Following directions/rules | 1 | **(2)** | 3 | 4 | 5 |
| 3. Disrupting class | 1 | **(2)** | 3 | 4 | 5 |
| 4. Assignment completion | 1 | 2 | **(3)** | 4 | 5 |
| 5. Organizational skills | 1 | 2 | **(3)** | 4 | 5 |

# STAR Math™
# Parent Report

Thursday, March 15, 2007  7:13:59 PM
Test Date: March 14, 2007  4:54:55 PM

Hale Kula Elementary School

.oun, Estella                    Teacher: Yamanaka, Vera
Grade: 1                         Class: Yamanaka                              ID: Estella Calhoun

Dear Parent or Guardian:

Estella has taken a STAR Math™ computer-adaptive math test. This report summarizes your child's scores on the test. As with any test, many factors can affect a student's scores. It is important to understand that these test scores provide only one picture of how your child is doing in school.

| SS | GE | PR | PR Range | Below Average | Average 50 | Above Average | NCE |
|---|---|---|---|---|---|---|---|
| 234 | 0.4 | 5 | 2-9 | ◆ | | | 15.4 |

National Norm Scores:

Grade Equivalent (GE): 0.4

Grade Equivalent scores range from 0.0 to 12.9+. A GE score shows how your child's test performance compares with that of other students nationally. Based on the national norms, Estella's math skills are at a level equal to that of a typical kindergartener after the fourth month of the school year.

Percentile Rank (PR): 5

The Percentile Rank score compares your child's test performance with that of other students nationally in the same grade. With a PR of 5, Estella's math skills are greater than 5% of students nationally in the same grade. This score is below average. The PR Range indicates that, if this student had taken the STAR Math test numerous times, most of her scores would likely have fallen between 2 and 9.

I will be using these STAR Math test scores to help Estella further develop her math skills through the selection of materials for math practice at school. At home, you can help Estella develop her math skills as well. At this stage, she needs to work with numbers in the ones and practice adding and subtracting with sums to 10.

If you have any questions about your child's scores or these recommendations, please contact me at your convenience.

Teacher Signature: _____          Date: _____

Teacher Comments:

0459

# STAR Early Literacy
## Parent Report

Thursday, March 15, 2007 7:12:29 PM
Test Date: March 6, 2007 4:05:56 PM

...le Kula Elementary School

Calhoun, Estella                    Teacher: Yamanaka, Vera

Grade: 1                            Class: Yamanaka

Dear Parent or Guardian

Your child has just taken a STAR Early Literacy™ assessment on the computer. STAR Early Literacy measures your child's proficiency in up to seven areas that are important in reading development. This report summarizes your child's scores on the assessment. As with any assessment, many factors can affect your child's scores. It is important to understand that these scores provide only one picture of how your child is doing in school.

Scaled Score:   742

The Scaled Score is the overall score that your child received on the STAR Early Literacy assessment. It is calculated based on both the difficulty of the questions and the number of correct responses. Scaled Scores in STAR Early Literacy range from 300 to 900 and span the grades Pre-K through 3.

Estella obtained a Scaled Score of 742. This is an increase of 151 from the Scaled Score of 591 that Estella obtained on her initial assessment. Scaled Scores relate to three developmental stages: Emergent-Reader (300 - 674), Transitional Reader (675-774), and Probable Reader (775 - 900). A Scaled Score of 742 means that Estella is at the Transitional Reader stage.

| Date Tested | Scaled Score | Emergent Reader (300-600) | Trans. Reader (700) | Probable Reader (800-900) | |
|---|---|---|---|---|---|
| 08/14/06 | 591 | | | | Initial Test Scaled Score |
| 03/06/07 | 742 | | | | ▲ Last Test Scaled Score |

Children at the Transitional Reader stage have mastered their alphabet skills and letter-sound relationships. They can identify many beginning and ending consonant sounds and long and short vowel sounds. At this stage, Estella is probably able to blend sounds and word parts to read simple words. She is likely using a variety of strategies to figure out words, such as pictures, story patterns, and phonics.

Estella is likely starting to apply basic concepts about print and books to unfamiliar text. Children at this stage are beginning to read unfamiliar words and easy-reader material, but are not yet fluent, independent readers.

The most important thing you can do to help Estella become a fluent reader is to read storybooks aloud to and with Estella at home. By reading aloud together, you will be modeling fluent reading for your child. Estella would also benefit from games that require matching spoken words to printed words on the page.

If you have any questions about your child's scores or these recommendations, please contact me at your convenience.

Teacher Signature: _____ Date: _____

Teacher Comments:

14 March, 2000

Colonel Charles C. Armstead
Commander
66th Medical Group MDG/CC
Hanscom AFB, MA 01731-2139

Dear Colonel Armstead:

I am requesting permission to choose a primary care manager other an MTF. The reason for this is the overall health of my two-week-old daughter Estella. She now has a serious health condition in which she will have to visit a Neurologist on a regular basis. As said by Dr. Du Plessis, Neurosurgeon at Children's Hospital, Boston, MA, her severe medical condition was a direct result of dehydration. After talking with Dr. Coleman, head Pediatrician at the Hanscom Medical Clinic, Estella's dehydration could certainly have been avoided if her in-processing procedures were being conducted correctly for each of her visits at the Hanscom clinic. The main reason for this change is that my wife lives beyond the twenty mile radius, from the South Boston/Dorchester area to Hanscom AFB, which may take up to an hour for travel. I searched the sierra web site and found out that her zip code and area definitely qualifies my wife to select a pediatrician within her area. On top of that Estella has to see a Neurologist for her illness. Dr. Coleman is quite aware of her condition and my wife no longer feels comfortable driving a far distance for the condition my daughter is in.

I am stationed in Camp Casey Korea, and unfortunately military dependants can not accompany their active-duty spouses because of the threat with north Korea. It is very important that this change is effective immediately, because my daughter Estella's life depends on it. Enclosed with this document is an MTF search for the nearest MTF and we are certainly outside of the 20 mile radius. I can be reached at 617-282-1769.

Sincerely,

Silas J. Calhoun
First Lieutenant, U.S. Army
Platoon Leader

2 Encls
1. Sierra search pg. 1
2. Sierra search pg. 2

CHARLES C. ARMSTEAD, Colonel, USAF, MSC
Commander

0464