

Page 1

```
 1
 2              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
 3     - - - - - - - - - - - - - - - - - - - - - - -
       SILAS CALHOUN and EMILY
 4     CALHOUN, Individually and as
       Parents and Next Friends of
 5     ESTELLA CALHOUN,
 6           Plaintiffs,
 7                            Civil Action No.
                                04-10480-RGS
 8     v.
 9     THE UNITED STATES OF AMERICA,
10           Defendant.
       - - - - - - - - - - - - - - - - - - - - - - -
11
       Videotaped Trial Testimony Of:     ORIGINAL
12
                   Marlene Jacqueline Wust-Smith, M.D.
13
14     Location:      Interactive Videoconferencing
                      Center
15                    90 Air Park Drive
                      Rochester, New York 14624
16
17
       Date:          March 31, 2007
18
19
       Time:          11:38 a.m.
20
21
22     Reported By:   LYNN A. MULLEN, RPR
23                    Alliance Court Reporting, Inc.
24                    183 Main Street East, Suite 1500
25                    Rochester, New York 14604
```

1    MARLENE J. WUST-SMITH, M.D. - DX BY MR. APPEL

2        CONTINUED DIRECT EXAMINATION BY MR. APPEL:

3        Q.  Dr. Wust-Smith, we are going now to

4    the -- I guess it's February 29, 2000, and it would

5    be the first visit to the clinic?

6        A.  I have it in front of me.

7        Q.  Okay.  What -- in terms of this case and

8    the issues in this case, what were the significant

9    findings of that day?

10       A.  The significant findings are that there

11   is a weight recorded that is inconsistent with the

12   natural history of newborn babies.  You have an "8

13   pound, 13 ounce" filled in on the top line where

14   the -- under "Insurance," "Yes" and "No."  There's a

15   line that says "Pulse"; it says "154."  "Respiratory

16   rate:  24," "Temp:  97.2."  It's not noted whether

17   it's rectal or oral or tympanic.  The standard of

18   care would dictate that in a newborn it should be

19   rectal, and at all times it should be noted how it

20   was obtained.  And then it says, "Weight:  8 pounds,

21   13 ounces," "Age:  Four days."  Underneath in

22   handwritten form it says, "Born:  8 pounds, 13

23   ounces; DC:  8 pounds, 8 ounces."  As I discussed --

24       Q.  Yeah, why is the 8 pounds, 13 ounces

25   inconsistent with natural history here?

Page 22

```
 1           MARLENE J. WUST-SMITH, M.D. - DX BY MR. APPEL
 2           A.  Because, as I discussed earlier, it
 3    is the accepted and the usual course of a newborn
 4    life's is for them to lose weight, up to 5 to 10
 5    percent of their birth weight within that first week
 6    of life.  So it is -- it would be actually almost
 7    impossible or highly unusual for a four-day-old to
 8    be back up to birth weight, particularly, you know,
 9    in a situation where the baby is being breast-fed.
10    Sometimes you will be presented with a bottle-fed
11    baby that someone is overfeeding, but it would be
12    extremely unusual in a breast-fed baby to have
13    regained the birth weight.  So that is one very
14    unusual finding in this document.
15              The other thing that's unusual is that
16    this baby came in -- the medical complaint or the
17    reason for a parent having made this appointment was
18    that she was a four-day-old that had not stooled.
19    In the encounter, there's really no addressing of
20    the chief complaint.  When a parent makes an
21    appointment, the chief complaint needs to always be
22    addressed, and in this encounter it is not
23    addressed.
24           Q.  Before you go on, Doctor, I see that in
25    several places there's a -- that in handwriting it
```

Page 23

1     MARLENE J. WUST-SMITH, M.D. - DX BY MR. APPEL

2   says "no stools yet," and then in the -- in the

3   typewritten portion again it talks about "no bowel

4   movements," and it says "was passing meconium until

5   three days ago."  Again, is that an unusual finding?

6        A.   It is for a breast-fed baby.  We know --

7   and I don't know if Dr. Daub had access to the Beth

8   Israel records -- that the baby did pass meconium in

9   the hospital during that first and second day of

10  life.  By the third -- certainly by the fourth day

11  of life, a mother who is breast-feeding should have

12  an infant who is producing many stools per day; one

13  per feeding at least, or one per every other

14  feeding.  So, to have no bowel movements at all is

15  very concerning, and to not address the absence of

16  bowel movements -- "What are we going to do about

17  that absence of bowel movements?" -- to not assess

18  rectal tone to make sure there's no meconium

19  plugging, to not recheck the weight were, in my

20  opinion, deviations from accepted standards of care.

21        Q.   And how -- for instance, how should the

22  weight have been rechecked, in your opinion?

23        A.   When Dr. Daub or any provider is brought

24  a child with these sort of vital signs, the first

25  thing that should be done is to corroborate or

1    MARLENE J. WUST-SMITH, M.D. - DX BY MR. APPEL

2    finding that the skin is loose.  When a provider

3    writes that, it is a sign of dehydration.  Babies

4    don't typically or normally have loose skin unless

5    there is an absence of fluid, adequate fluid, which

6    would cause the skin to feel and look loose, almost

7    like a Shar Pei dog or puppy.  That would be what

8    you would mean by having loose skin.

9          Q.  Okay.  And what's the significance of

10   the jaundice?

11         A.  The jaundice was significant enough that

12   it prompted Dr. Daub to order a blood test.  About

13   60 percent of babies -- six out of ten -- will

14   develop what we call physiologic jaundice, where

15   they develop -- that they have trouble excreting

16   broken-down red blood cells.  It's a very complex

17   pathophysiology that can be normal.  When it reaches

18   levels close to 20 or above 20, pediatric providers

19   have to worry that there will be brain damage from

20   the indirect bilirubin bathing the brain in

21   something called kernicterus, that you want to

22   identify and prevent in newborns.  So that any time

23   a baby appears jaundiced, you want to check the

24   blood test, check the actual level of the bilirubin,

25   which was done, and address whether or not it needs

Page 26

1      MARLENE J. WUST-SMITH, M.D. - DX BY MR. APPEL

2    treatment with phototherapy.

3          Q.  Is there some relationship between the

4    neonatal jaundice and dehydration?

5          A.  There is.  A baby will actually have an

6    increased level of bilirubin if they are dehydrated.

7    So of those six out of ten or 60 percent of babies

8    who get physiologic jaundice, there are babies who

9    will develop pathologic jaundice, and that is, you

10   know, when there's another -- when it's not just a

11   normal course of events where a baby's liver just

12   hasn't fully started functioning or they have extra

13   red blood cells that they have to metabolize.  If a

14   baby is dehydrated, they will have higher levels

15   of -- there's a correlation between being jaundiced

16   and being dehydrated.

17         Q.  What actions did Dr. Daub take on that

18   day with respect to any evaluation or assessment of

19   Estella's condition?

20         A.  He ordered a fractionated bilirubin,

21   which is a blood test that tells you the total

22   bilirubin, and that breaks it down into direct

23   bilirubin and indirect bilirubin.  He ordered a

24   complete blood count, presumably to check for

25   anemia, which she did not have, and he

Page 29

1      MARLENE J. WUST-SMITH, M.D. - DX BY MR. APPEL

2    it's an ABO incompatibility.  The mother's blood

3    type, I believe, is O positive.  Dr. Daub at some

4    point -- I believe this or the following visit; it's

5    in the orders -- orders a blood type on Estella that

6    is not done, not -- the lab doesn't have the right

7    tube, or something where it's not appropriately

8    done.

9             So, we basically have a baby who has a

10   high level of jaundice, who is breast-fed, who we

11   know has an inaccurate weight recorded, who is --

12   has loose skin, and the most-likely cause of this

13   baby's jaundice at this point is probably

14   dehydration; that she has lost a significant amount

15   of weight that is not accurately ascertained.

16             Q.  Doctor, let's, if you would, move to the

17   record of the next day's visit.  That would be March

18   the 1st.

19             A.  I have it.

20             Q.  What are the significant findings on

21   that date?

22             A.  The most significant finding is that the

23   baby's weight, again as recorded on the vital signs

24   of this form, is written in as 8 pounds, 2 ounces,

25   and that is a significant drop from the prior day's

Page 30

1          MARLENE J. WUST-SMITH, M.D. - DX BY MR. APPEL

2     weight, which we know to be inaccurate of 8 pounds,

3     13 ounces.

4               As I said previously, we can tolerate a

5     5 to 10 percent weight loss within the first week.

6     This 11-ounce weight loss basically is all you

7     could -- would tolerate.  It's almost 8 percent just

8     in one day.  So right there it's a red flag that

9     just in this one day this baby has lost a

10    significant amount of weight.

11              Q.  And, again, you're aware that the

12    depositions of Mr. and Mrs. Calhoun indicate that

13    again on this day Estella was weighed fully clothed?

14              MR. GIEDT:  Objection.  Leading.  Go

15    ahead.

16              Q.  Well, are you aware -- are you aware of

17    Mr. and Mrs. Calhoun's deposition testimony with

18    respect to the weighing on this particular day?

19              A.  I am.

20              Q.  And what is your understanding of how

21    the baby was weighed on March the 1st?

22              A.  My understanding is that on both dates

23    the child was fully clothed, wearing a hat, wearing

24    a diaper, wearing, I believe, two blankets.  It was

25    March, it was cold, it was Boston, and that's in

1          MARLENE J. WUST-SMITH, M.D. - DX BY MR. APPEL

2    associated with that dehydration.  You can have

3    what's called isonatremic dehydration, which is

4    basically your sodium is normal.  You can have

5    hyponatremic dehydration, where the sodium is low,

6    and you can have this hypernatremic dehydration,

7    which is a -- I wouldn't say common, but one of the

8    worrisome types of dehydration that we are trained

9    as pediatricians to worry about in babies because it

10   is one that can cause not just problems with blood

11   pressure and how much fluid gets to the vital

12   organs, it can cause osmotic shift; very -- it's

13   sort of complicated, but not when you think about

14   it.  You worry about swelling, particularly in the

15   brain, because of the way the body responds to that

16   high sodium.  So if you have -- if I can use the

17   example if you have something very salty to drink,

18   it makes you thirsty, it makes you want to drink

19   plain water to -- something salty to eat; you want

20   to drink water to compensate for that extra salt.

21               The body does the same thing.  If there

22   is a high circulating blood sodium, the way the body

23   compensates for that high salt is to move water from

24   inside cells into the blood stream; so that you take

25   a cell that is full of water, and it will actually

1      MARLENE J. WUST-SMITH, M.D. - DX BY MR. APPEL

2    leave -- the water leaves the cell to go into the

3    blood stream to try to take care of that high

4    circulating sodium.

5            That is a worrisome thing to happen in

6    any cell in your body, but particularly worrisome in

7    a newborn's brain because the brain is such a vital

8    organ.  If you take cells and actually they start

9    shrinking, it can lead to problems such as venous

10   stasis or sludging, where the vein -- the blood in

11   the vessels doesn't move properly because you're

12   shrinking it down, and so it can lead to clots, it

13   can start a cascade of events called disseminated

14   intravascular coagulation or coagulapathy, where you

15   start bleeding or hemorrhaging into places that

16   you're not supposed to.  It can cause quite an

17   imbalance in a very delicate system, and it requires

18   extreme care in how you treat it, this hypernatremic

19   dehydration, because you're basically dealing with a

20   shrunken intracellular volume.

21           As you -- when you recognize that the

22   baby has a high sodium and you start correcting it,

23   you now have a concern about swelling of the brain.

24   You can actually cause more damage than the

25   hypernatremia was causing in and of its own by the

1      MARLENE J. WUST-SMITH, M.D. - DX BY MR. APPEL

2    way you hydrate or give fluid to a baby.  So you

3    have to be very, very careful when assessing and

4    treating the problem in and of itself.

5        Q.  What was Estella's sodium level on her

6    arrival to Emerson Hospital?

7        A.  I believe it was 172, which is extremely

8    high.

9        Q.  What -- yes, I think you're right,

10    Doctor.

11        A.  And if I could add one thing about --

12    that's interesting and tricky about -- it's not

13    something -- the hypernatremic dehydration can only

14    sometimes present.

15        When you think about dehydration, you

16    think about a baby or a person having been vomiting

17    or having had -- you know, you worry -- you wonder

18    about what -- how the person got there.  One of the

19    only reliable signs is actually the weight.  When

20    you lose fluid from other forms of dehydration, you

21    vomit or you sweat excessively, you will have a

22    history of having lost that.  With hypernatremic

23    dehydration, your total bodyweight goes down, but

24    you can actually maintain a normal fontanel, the

25    brain volume, because of those changes that are

Page 37

1      MARLENE J. WUST-SMITH, M.D. - DX BY MR. APPEL

2    happening within the cells.  You can actually kind

3    of look like you have enough fluid running through

4    your veins and arteries, but in reality it's

5    intracellular shifts that are occurring.  So you

6    have to be very -- one of the only signs other than

7    this tenting can be just the weight loss, not the

8    other signs that we look for with dehydration.

9          Q.  Was this condition of severe hyper --

10    and let me back up here.  Is it fair to say that

11    Dr. Sutton, the attending physician at Emerson

12    Hospital, felt that the hypernatremic dehydration

13    was severe?

14          A.  Yes.  She notes that in several places

15    and in her deposition, you know, that this was an

16    almost 2-pound weight loss in a newborn, and because

17    the sodium was so high, she termed it in several

18    places accurately as severe hypernatremic

19    dehydration.

20          Q.  What is the upper limit of acceptable

21    sodium in the blood, in your opinion?

22          A.  Depends on the reference lab, but 145 is

23    a typical high normal.  Some reference labs will

24    give you 142 or 143, but typically it's over 145 is

25    high.

1    MARLENE J. WUST-SMITH, M.D. - DX BY MR. APPEL

2         Q.  And, again, was the risk of this

3    condition well known among pediatricians and

4    providers of newborns?

5         A.  It is something -- again, not -- not

6    common, but one thing that they -- they train, I

7    think even in medical school.  Because of that

8    pathophysiology of the intracellular volume

9    depletion and the osmotic changes that occur in

10   cells, it is something that is taught to students in

11   medical school as a -- as a cascade of events that

12   is known to occur not just in infants, but

13   hypernatremic dehydration, and they'll give you

14   examples, you know -- you know, in medical school

15   and in pediatric residency.  And I'm not familiar

16   with how much time different -- different programs

17   for family practitioners spend different amounts of

18   time in pediatric training, because they're also

19   trained in the care of geriatric patients and adult

20   patients, so I can't tell you how much time is spent

21   within a family-practice residency, but it is

22   something that providers are made aware of and known

23   to be something to look for, particularly in babies

24   who are breast-fed or in babies whose parents are

25   not literate and are not properly preparing formula.

Page 40

1       MARLENE J. WUST-SMITH, M.D. - DX BY MR. APPEL

2   degree of medical certainty as to whether the

3   technician staff and in particular -- do you have an

4   opinion to a reasonable degree of medical certainty

5   as to whether the technical staff -- that is, Airman

6   Best, who was the technician on the 29th, and Airman

7   Hoang, who was the technician on March 1st --

8   deviated from the standard of care with respect to

9   the weighing of Estella Calhoun?

10          A.  Yes, I have an opinion.

11          Q.  And what is that opinion?

12          A.  That they deviated.  A newborn baby --

13  any baby, really, that's there for assessment of

14  growth and development needs to be weighed without

15  any clothes on in order to properly ascertain their

16  weight.

17          Q.  And do you also have an opinion to a

18  reasonable degree of medical certainty as to whether

19  Dr. Daub deviated from good and accepted practice on

20  March -- excuse me, February 29th and March 1st?

21          A.  Yes, I do.

22          Q.  And what is that opinion?

23          A.  He deviated on the 29th by not

24  addressing or rechecking that inaccurate weight of 8

25  pounds, 13 ounces, and by not doing -- not

Page 42

1      MARLENE J. WUST-SMITH, M.D. - DX BY MR. APPEL

2    has not been stooling properly, who has severe

3    jaundice, who continues to have severe jaundice and

4    who is -- has now lost 7 percent of their birth

5    weight in one day.

6         Q.   Dr. Wust-Smith, what is your opinion

7    with respect to what would have been good and

8    accepted practice by Dr. Daub during those two

9    visits?

10        A.   During those two visits, good and

11   accepted practice would dictate that he would

12   personally either reweigh the baby or ask one of the

13   technicians to reweigh the baby in the accepted and

14   standard way, which is without clothing, and to

15   properly formulate a plan, particularly on the

16   date -- on the second visit -- what is that, the

17   1st? -- to -- it's not acceptable to follow up a

18   baby with that level of jaundice in two days.  In my

19   opinion, he should have either made a plan to follow

20   up that weight the next day or admit the baby to a

21   hospital or to a home-visiting nurse service, if

22   that were available, for much closer monitoring of

23   an at-risk baby.

24        Q.   Dr. Wust-Smith, let me now just take you

25   back to the Emerson Hospital record, and if you

Page 47

1    MARLENE J. WUST-SMITH, M.D. - DX BY MR. APPEL

2    which the baby is seen and weighed.  No other vital

3    sign are taken; it says "per provider."  But the

4    baby is noted to be twitching during this exam by

5    Dr. Coleman, and yet was discharged home with this

6    abnormal finding.  She had some left-sided twitching

7    during that exam that the parents had also reported

8    at home, and yet she was discharged to home.

9        Q.  What's the significance of that

10   twitching to you?

11       A.  Well, the twitching -- any time a baby

12   twitches or moves an extremity in a non-voluntary

13   fashion, you worry about seizure activity, and

14   particularly in a baby who has had this

15   hypernatremic dehydration.  This is not a normal

16   baby.  We know that she's been discharged from the

17   hospital with a critically -- with a history of

18   having a critically high sodium, and you would

19   expect a higher level of acuity or attention to be

20   paid to any sort of abnormality.  And, you know, not

21   only is it given I believe by report -- it's hard

22   for me to read this copy -- but I know from the

23   depositions that the parents described this

24   twitching at home, he actually observes this

25   twitching and feels that it's nothing to worry

Page 48

1        MARLENE J. WUST-SMITH, M.D. - DX BY MR. APPEL

2    about.  But we know that later that day the baby

3    continued to have them, was taken to Children's

4    Hospital in Boston and was found to have full-blown

5    seizures and required intubation and treatment with

6    anticonvulsants.

7        Q.  What -- what was the diagnosis and her

8    condition upon admission to Children's Hospital?

9        A.  She was found --

10       MR. GIEDT:  Objection and move to

11   strike.  This is outside the scope of her expert

12   report, and she did not report on any of this.

13   So -- and it doesn't fit within the Rules of Civil

14   Procedure, Rule 26.

15       Q.  You may continue.

16       And, again, just what I'm asking here,

17   Doctor, is for you -- we're not going to go through

18   in detail with respect to what the Children's

19   Hospital admission, but what is your understanding

20   of Estella's injuries and her diagnoses at

21   Children's Hospital?

22       A.  She was found to have seizures, an

23   abnormal EEG.  On CT scan and on MRI, she was found

24   to have extensive thromboses in the venous system.

25   She had a hemorrhage in the right thalamus, and she

1    MARLENE J. WUST-SMITH, M.D. - DX BY MR. APPEL

2    had intracerebral -- intraventricular bleeding on

3    the right side; all right-sided findings that --

4    with left-sided seizures.

5        MR. GIEDT:  Once again I reinstate my

6    objection.

7        Q.  Do you have an opinion to a reasonable

8    degree of medical certainty whether the deviation of

9    care by the Hanscom staff and Dr. Daub was a

10   substantial contributing factor in Estella's

11   developing severe hypernatremic dehydration and her

12   resulting injuries to her brain?

13       A.  Yes, I have an opinion.

14       Q.  And what is that?

15       A.  My opinion is that had they properly

16   weighed the baby, they would have discovered that

17   the baby had lost significant amounts of weight and

18   would have been able to intervene before this

19   hypernatremic dehydration either developed or got as

20   severe as it had gotten.

21       MR. APPEL:  I have no further questions

22   for you.  Thank you, Doctor.

23       THE WITNESS:  Thank you.

24   CROSS EXAMINATION BY MR. GIEDT:

25       Q.  Good afternoon, Doctor.  My name is