```
 1        ORIGINAL                VOLUME:    I
                                  PAGES:     1 - 102
 2                                EXHIBITS:  1 - 2

 3        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 4

 5                                CASE NO: 04-10480-RGS

 6   * * * * * * * * * * * * * * * * * * * * * * * *
     SILAS CALHOUN and EMILY CALHOUN,
 7   INDIVIDUALLY AND AS PARENTS AND
     NEXT FRIENDS OF ESTELLA CALHOUN,
 8            Plaintiffs,
          vs.
 9
     UNITED STATES OF AMERICA, ERIC C. DAUB, M.D.
10   AND MARIANNE SUTTON, M.D.,
              Defendants.
11   * * * * * * * * * * * * * * * * * * * * * * * *

12

13          DEPOSITION OF MARIANNE B. SUTTON, M.D., a

14   witness called on Behalf of the Plaintiffs, taken

15   pursuant to provisions of the Federal Rules of

16   Civil Procedure, before Marsha S. Gerber, RPR, CSR

17   No. 111793, and Notary Public in and for the

18   Commonwealth of Massachusetts, at the offices of

19   Sugarman, Rogers, Barshak & Cohen, P.C., 101 Merrimac

20   Street, Boston, Massachusetts, on Wednesday, May 25,

21   2005, commencing at 10:10 a.m.

22
                SHEA COURT REPORTING SERVICES
23                ONE UNION STREET, 2ND FLOOR
               BOSTON, MASSACHUSETTS 02108-2408
24         PHONE: (617) 227-3097 FAX: (617) 227-3898
```

```
 1              the primary care physician needs to call me to
 2              tell me about the patient; otherwise -- that's
 3              your way in the door.
 4       Q      As you're sitting here today do you actually
 5              remember the telephone call or are you just
 6              saying that that would have been standard
 7              procedure so that is --
 8       A      Yes, I remember the telephone call and, yes,
 9              it is standard procedure.
10       Q      Okay.  So the items that you list here, CBC,
11              electrolytes, blood cultures, bilirubin, Emla
12              to IV sites, these are all orders that you
13              made at the time of admission of Estella?
14       A      These are orders that were ordered at 12:50
15              when the child arrived.  Correct.
16       Q      Okay.
17       A      These were the initial bloods that were
18              ordered when blood was obtained on the child.
19              That is correct.
20       Q      What else do you recall, and again you can
21              look at your notes, about your first encounter
22              with Estella on that day, March 3rd?
23       A      I recall that she was extremely ill.  This is
24              a very unusual case by the severity of the
```

| | | |
|---|---|---|
| 1 | | child's illness.  The child had lost a kilo in |
| 2 | | weight.  She was severely dehydrated.  She had |
| 3 | | been feeding poorly.  Mother had been |
| 4 | | attempting to breast feed.  She had been |
| 5 | | feeding poorly.  The child had not had any |
| 6 | | stool for four days.  The child was sleepy. |
| 7 | | Her skin was very yellow.  She had had very |
| 8 | | few wet diapers. |
| 9 | | And on examination she appeared |
| 10 | | jaundice.  Her anterior fontanel, which is her |
| 11 | | soft spot, was very sunken.  Her lips were |
| 12 | | very dry.  And her skin turgor, which is how |
| 13 | | moisture skin feels, was significantly |
| 14 | | decreased, and she was markedly dehydrated |
| 15 | | even on just physical examination. |
| 16 | | I explained this to the mother, |
| 17 | | who understood that Estella was very sick. |
| 18 | | Explained what needed to be done and that |
| 19 | | Estella needed I.V. fluids and those labs that |
| 20 | | were ordered. |
| 21 | Q | As we're sitting here today do you actually |
| 22 | | have a memory of this conversation and this |
| 23 | | encounter? |
| 24 | A | Yes.  I have a very clear memory of exactly |

```
 1        high risk condition for a child?
 2   A    Yes.
 3   Q    And why is that?
 4   A    Because it needs to be treated carefully and
 5        monitored closely.  And...
 6   Q    And anything else?
 7   A    Nope.
 8   Q    All right.  If -- what conditions can it lead
 9        to?  What are the sequela or the complications
10        of hypernatremic dehydration?
11   A    Umm.
12              MR. GREENBERG:  Generally
13        speaking, Doctor, is what he's asking.
14              Do you have the question in
15        mind?
16              THE WITNESS:  I'm just trying to
17        think of how I want to formulate something.
18   A    Umm.  It's known to put a baby at risk for
19        both either an intravascular bleed or
20        thrombose, which is why the infant needs to be
21        monitored for these conditions.
22   Q    Did you explain that, by the way, to
23        Mrs. Calhoun?
24   A    Yes, I did.
```

|     |   |                                                          |
| --- | - | -------------------------------------------------------- |
| 1   |   | condition where your -- you have swelled.  I             |
| 2   |   | mean, this is akin to not feeding someone for            |
| 3   |   | two weeks and then refeeding them.  I mean,              |
| 4   |   | this is a baby who was not fed for a week.               |
| 5   | Q | All right.  But my question is, is it --                 |
| 6   |   | you're saying -- are you saying it's the                 |
| 7   |   | hypernatremia -- I'm using these terms                   |
| 8   |   | interchangeably, aren't I?  I mean, we're                |
| 9   |   | talking about hypernatremic dehydration;                 |
| 10  |   | correct?                                                 |
| 11  | A | (No response.)                                           |
| 12  | Q | Correct?                                                 |
| 13  | A | Yes.                                                     |
| 14  | Q | All right.  So --                                        |
| 15  | A | I guess my answer to your question --                    |
| 16  |   | MR. GREENBERG:  I think the                              |
| 17  |   | question is, correct me if I'm wrong, Michael,           |
| 18  |   | is Mr. Appel wants to know if it's the                   |
| 19  |   | hypernatremic dehydration in and of itself               |
| 20  |   | that causes the intravascular bleed or whether           |
| 21  |   | it's the fluid replacement that causes the               |
| 22  |   | intravascular bleed.  So if you can just                 |
| 23  |   | address that question, Doctor.                           |
| 24  | A | My answer is I don't think that question can             |