UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * *
*SILAS CALHOUN and EMILY CALHOUN,    *
Individually and as Parents and      *
Next Friends of ESTELLA CALHOUN      *
         Plaintiffs                  *    CIVIL ACTION
              vs.                    *    No. 04-10480-RGS
                                     *
*UNITED STATES OF AMERICA            *
         Defendant                   *
* * * * * * * * * * * * * * * * *
```

BEFORE THE HONORABLE RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE
CIVIL BENCH TRIAL, DAY 3
April 11, 2007

APPEARANCES:

SUGARMAN, ROGERS, BARSHAK & COHEN, P.C., (By
Michael S. Appel, Esq.) 101 Merrimac Street, Boston,
Massachusetts 02114-4737, on behalf of Plaintiffs

UNITED STATES ATTORNEY'S OFFICE, (By AUSA Anton P.
Giedt and AUSA Karen Goodwin) J. Joseph Moakley
Courthouse, 1 Courthouse Way, Suite 9200, Boston,
Massachusetts 02210, on behalf of Defendants

Courtroom No. 2
1550 Main Street
Springfield, Massachusetts 01103

JAMES P. GIBBONS, RPR/RMR
Official Court Reporter
1 Courthouse Way, Suite 7205
Boston, Massachusetts 02210
(617) 428-0402

Page 4

1   A    I'm board certified in pediatrics, and I'm board

2   certified in psychiatry and neurology with a special

3   competence in child neurology.

4   Q    Do you have other kinds of certifications?

5   A    American Society of Neurorehabilitation, and probably

6   that's it.

7        I don't know.  You have my CV.  I think that's it.

8   Q    Do you have any current academic appointments?

9   A    Yes, at Mass. General Hospital.  And where I am at North

10  Shore Children's Hospital is part of the Partners amalgam of

11  hospitals.  So we have residents from Mass. General coming

12  through.  So I do a teaching conference at Mass. General

13  every week.

14  Q    And with regard to that, have you received any awards at

15  Mass. General?

16  A    Mass. General, I was the Teacher of the Year Award in

17  pediatric neurology twice in the last five years.  I don't

18  remember the exact dates.

19  Q    How long have you been practicing pediatric neurology?

20  A    Since 1971 with pediatric -- depending on how you look

21  at it.  I am a physician as of 1963, pediatric neurology

22  starting with the residency, I guess, would be '68, but

23  certified, somewhere '71, '72, I think, practicing full time

24  since 1971.

25  Q    Have you published any literature in your field?

1    a lot of testimony about the medical history here, and I

2    want to focus in on particular issues with respect to some

3    of the issues involved here.  And first I would like to ask

4    you -- you're familiar with Estella's early history and that

5    she was admitted to Emerson Hospital suffering from severe

6    hypernatremic dehydration?

7    A    Yes.

8    Q    Would you explain for the Court the effects of severe

9    hypernatremic dehydration on an infant's brain?

10   A    Sure.

11         Hypernatremia means a high sodium.  Sodium normally

12   would be in the blood, extracellular fluid, up to 146, I

13   believe, and she was 172.  So she had severe hypernatremia.

14         What happens is the -- there's a drive towards

15   equalizing the osmotic content from inside the cells and

16   into the extracellular fluid.  And since there's a lack --

17   in another words, in order to equalize that or lower the

18   serum sodium, the cells, the nerve cells, or all the cells

19   actually, excrete water into the extracellular space so as

20   to lower the serum sodium.  In so doing, the cell itself

21   shrinks, all the cells that is, shrink, and then a number of

22   known and unknown processes take place.

23         The cells manufacture molecules in an attempt to

24   equalize the fluid, keep the fluid from leaving the cells

25   and preserve the structure of the cells.  So those molecules

1    are manufactured, and the attempt then is to keep the fluid

2    from continuing to excrete into the extracellular space.

3         So the main mechanism is within each cell that

4    takes place, some known, some unknown, that also -- not only

5    do you have the shrinkage of the neurons of the nerve cells,

6    but you have disruption of their processes, their metabolic

7    processes, again some known factors and some unknown.  So

8    it's a diffuse process that takes place throughout the

9    brain.

10        What happens in a grosser sense is that the fluid

11   leaving the cells make the brain shrink.  When the brain

12   shrinks, it can pull away from the coverings of the brain,

13   arachnoid and dura, and those coverings have blood vessels

14   that run in and out of the brain, and sometimes when the

15   brain shrinks those vessels are torn.  So you get bleeding

16   or hemorrhage.

17        You also have a formation of clots or thrombi in

18   the veins, particularly within areas -- many areas of the

19   brain, and the clots or the thrombi prevent the flow of

20   blood that originally comes from the arteries and goes back

21   through the brain and then out the veins or the sinuses.

22   You see the sagittal sinus is one the big veins, for

23   example.

24        So when there is this clotting of the blood in the

25   veins, then the pumping in of blood from the other side, the

1    arterial side, makes the brain congested.  So you get

2    further disruption of cellular functions.

3            So there's a diffuse process, some of which can be

4    seen grossly with clotting in the veins and tearing of blood

5    vessels, and some of which is on a microscopic or

6    submicroscopic level throughout the brain.

7            That's pretty much what -- at least my

8    understanding of what happens with hypernatremia.

9            And an infant's brain is presumably more

10    susceptible to these injuries than an adult's.  Although I'm

11    not 100 per sure that's so either, but the adult brain can

12    sustain a little bit more of this than an infant's brain

13    can.

14    Q   Doctor, I'd like to go over portions of the record at

15    Children's Hospital with you, and perhaps we can start with

16    the emergency department record, and there is a flow sheet,

17    if you turn to page 150, 0150.

18    A   I have it.

19    Q   It looks like on the left here there is a time given

20    starting at 2100.

21    A   I see that.

22    Q   And then as we go across it talks about the observations

23    made?

24    A   Yes.

25    Q   So I see at 2115 -- could you explain what that is?

1  A    So there is a one minute focal seizure of the left arm

2  and face, and they gave Ativan, which is a Valium-like drug

3  that's used to stop seizures.

4          And so with the seizure of the left arm, face and

5  leg, it says there was a color change and there are cries,

6  multiple episodes of apnea, which is cessation of breathing,

7  and seizures.

8          So apparently over the course of -- it looks like

9  the next one was 2130, 15 minutes.  Yes.  There's 2120 and

10  2130.

11          Over that course of that 15 minutes, there were

12  multiple episodes of seizure activity and cessation of

13  breathing.

14          Do you want me to go on?

15  Q    Yes, please.

16  A    Intermittent left-sided seizures, intermittent apnea.

17  The apnea resolved with simulation.  Then they gave

18  atropine, midazolam and succinylcholine.  They were

19  intubating probably.  3.5, that's the size on the

20  endotracheal tube.  So they intubated the baby and placed

21  her on a respirator to sustain respiratory efforts, because

22  they were continuing to give Ativan and then Phenobarbital,

23  both of which can suppress respiration, in addition to

24  whatever the seizures themselves were doing.

25          So that was from 2115 to 2150.  So that's three

1    quarters of an hour, I guess, over that period of time.

2    Q    Then if you turn to -- it continues now on page 152.

3    A    Yes.

4    Q    Starting on the left there it looks like 2155?

5    A    Right.

6          So there is more Phenobarbital given and more

7    Fentanyl.  These are all drugs to paralyze the baby or to

8    treat the seizure activity, Ativan.

9          The paralysis was because the baby was on an

10   intubator -- was on a respirator, intubated.  They didn't

11   want the baby fighting the respirator.

12   Q    I see at 2140 more Ativan was given and there were more

13   seizures?

14   A    Yes.

15          Then transferred to the ICU, I guess.

16   Q    Now, I just want to direct you to the note of Dr. Andre

17   du Plessis.  That's No. 186.

18   A    I have it, yes.

19   Q    First of all, who is Dr. du Plessis?

20   A    He's a pediatric neurologist at Children's with

21   particular expertise in neonatal neurology.

22   Q    I don't know if we need to go through the whole note

23   here, but if you go down to the Impression section, which is

24   near the bottom?

25   A    Yes.

1  Q    Could you read for the Court what that says.

2  A    It says, neonatal encephalopathy with seizures of

3  postnatal onset and associated with hypernatremic

4  dehydration with possible -- looks like cerebral vein

5  thrombosis and intracranial hemorrhage.  I would check the

6  MRI/MRV/MRA/EEG.  Spinal tap for opening pressure, and I

7  guess other studies, coagulopathy.  See if there was an

8  underlying -- well, what happens sometimes in a situation

9  like this, you have what's called disseminated intravascular

10  coagulation where there is -- processes take place within

11  the blood to predispose towards more clotting.

12        They were looking for that or to see, I suppose, if

13  there was an underlying abnormality of blood-clotting

14  mechanisms that might have predisposed toward either the

15  hemorrhage or the clots.

16        So those are the studies he was recommending.

17  Q    Doctor, what do you understand the word "encephalopathy"

18  to mean?

19  A    Encephalopathy means brain dysfunction, and usually it's

20  a diffuse term -- I mean it reflects diffuse dysfunction of

21  brain processes.

22  Q    Now I'd like you to turn to 166, which is

23  Dr. du Plessis's note of the following day.

24        The baby, correct me if I'm wrong, the baby was

25  admitted -- Estella was admitted -- on March 9.  You just

1  thalamus?

2  A   Well, it's the central way station, receives information

3  from the cortex and other parts of the brain.  It processes

4  and sends out back to the cortex and to other areas in the

5  brain.  So it's sort of a central way station, processing

6  information, maybe programming and organizing behaviors.

7      The brain stem is down below where the breathing

8  and heart rate and so on originate.

9      I think that's probably enough said on that.  I'll

10 put it back together again for a minute.

11     So then -- and the veins run the -- there is a

12 mention about the central sinus, I think, and that's -- it

13 would be a large vein that runs along the middle of the

14 brain.

15     So this is a diagram of the brain from underneath

16 and on top and sideways and so on.

17     I think probably what's important to note is that

18 within the substance of the brain are these bluish

19 structures.  They're like balloons.  They're ventricles, and

20 within these ventricles the cerebral spinal fluid is formed

21 at a fixed rate all day long and the fluid flows in certain

22 pathways back and forth to both sides of the brain, and then

23 down through the middle and ultimately down around the

24 spinal cord.  So if someone has a spinal tap, that's the

25 fluid that's in contiguity with the fluid that's up and

1    around, and it circulates over the surface of the brain and

2    so on.

3          So these ventricles or spaces, balloon fluid-filled

4    spaces, there's mention, I believe on the right side, the

5    posterior horn of the right ventricle there was a bleed.  So

6    these are bleeds that are grossly seen when the brain

7    shrinkage has torn blood vessels, veins primarily, in the

8    region where the blood appears.

9          So that's a kind of localized finding from the

10   brain shrinkage, but presumably there's diffuse

11   abnormalities all over the brain because of the cellular

12   defects -- cellular abnormalities that take place, metabolic

13   abnormalities.

14         Also question about recurrent seizure and whether

15   substances called excitotoxins are released and have further

16   injuries -- some -- I mean, there are many processes that

17   take place in the midst of seizures and what it leads to,

18   what was encephalopathy, beyond just a bleed here or a bleed

19   there.  That's what you can see grossly.

20         But, anyway, that's the brain.

21   Q   Let me get to that, and I'd like to revisit a couple of

22   these issues.

23   A   Sure.

24   Q   It appears that on the 10th -- there was actually a CAT

25   scan done on the 9th, then on the following day there was an

1    at microscopic slides or, to some extent on an x-ray or MRI.

2           The implication is that there is death of tissue

3    enough to show up in whatever way you're looking, depending

4    on how fine your magnifying glass is.

5    Q   Is it known to you in your experience and to pediatric

6    neurologists that damage can take place in the absence of an

7    actual picture of that or -- the absence of an actual

8    infarction that shows up on a film?

9    A   Yes, I would think.

10          Certainly bleeding can damage nerve cells.  Lack of

11   oxygen can cause hypoxia, for example, or lack of oxygen,

12   carbon monoxide poisoning, or apnea, whatever, that can

13   cause damage, it's well known, to the brain.  You may not

14   see any infarction as such, which implies a blood vessel

15   stopping circulation at that point.

16          I mean you could have many kinds of damage to the

17   nerve functioning or central nervous system function without

18   the actual physical finding of a death of tissue large

19   enough to show up on whatever it is, CAT scan or MRI or

20   pathology.  You know, when you get to the ultrastructural

21   level you can see it, but even then you may not see it.

22   It's only functional.  I mean, there's all levels of

23   dysfunction, I suppose, some of which can be seen on an

24   x-ray and some can't.

25   Q   Now, there was another MRI done on the 14th.  That's

1          And the important findings in this were that there

2     were excessive right frontal and temporal sharp waves.

3          So in the right frontal region and the right

4     temporal region there were abnormal electrical findings, I

5     guess is what I would summarize it as.  And it has potential

6     in the sense that electrical -- it indicates a lowered

7     electrical threshold for depolarization.  And in that

8     setting then the left-sided seizures, since the right side

9     of the brain controls the left side of the body, electrical

10    abnormalities in the right frontal region and temporal

11    region would likely, if they were to evolve into a seizure,

12    show themselves in abnormal movements on the left side of

13    the body, which indeed is what we saw.

14    Q    So again, Doctor, could you, for the Court, summarize

15    the nature of the injury to the brain in summary terms and

16    in general terms what that all describes?

17    A    So as a result of abnormalities in the sodium content of

18    the blood, various shifts in fluid and abnormalities in

19    cellular processes took place.

20         On a gross sense, the brain shrunk because all the

21    cells had their fluid leaving to try to equalize the osmotic

22    gradient in the blood in the extracellular space.  But in a

23    gross sense the brain shrunk in different parts and various

24    blood vessels were torn resulting in bleeds.

25         Along with that, there were clots formed within the

1  veins which adds to further congestion and abnormal

2  metabolism within the brain.  Some of that showed on an MRI.

3  Some of that could be implied from the clinical findings of

4  encephalopathy and the diffuse -- for example, abnormalities

5  in the lower extremity reflexes, these all would point to

6  other areas of the brain being involved.

7          And then the baby had seizures, which are abnormal

8  electrical discharges with activation of the underlying

9  brain, primarily from the right hemisphere, frontal

10 presumably more than thalamus because the motor system is

11 more frontal, although thalamus is involved in all

12 back-and-forth sending of messages up and down the brain.

13 Q    What was the treatment upon discharge?

14 A    So on discharge the baby was continued on Phenobarbital

15 as a seizure prophylaxis.

16 Q    Now, again I'm not going -- we're not going to go

17 through all the history of what happened for each provider,

18 but I would like to direct you to Document No. 291.

19 A    I have it.

20 Q    And this is a note from Dr. du Plessis?

21 A    Yes.

22 Q    I wonder if you could just go down to the end of the

23 first page.

24 A    Yes.

25 Q    And at the end of that paragraph where it says, "On

1    Q    Yes.

2    A    In summary, Estella's a three-year-old girl with a

3    history of an extensive dural vein thrombosis, subsequent

4    hemorrhagic infarction in the newborn period --

5            (Reporter interrupts.)

6    A    I'm sorry.  I'll do it much slower.

7            "In summary, Estella is a three-year-old girl with

8    a history of an extensive dural vein thrombosis and

9    subsequent hemorrhagic thalamic infarction in the newborn

10   period.  She has been doing rather well since that time with

11   appropriate development.  At this point she has several

12   behavioral issues related to impulsivity, inattention, and

13   hyperactivity that are often seen in children with this

14   history of neurological injury."

15   Q    Now, what is your understanding -- is that your

16   experience as well?

17   A    That -- my experience of --

18   Q    With respect to -- with respect to those kinds of

19   deficits and behavioral problems continuing to be seen even

20   years after the --

21   A    -- history of neurological injury?

22   Q    Yes.

23   A    Yes.  Those are well-described aftereffects of

24   neurological injury in children, newborns and older

25   children.

1   impressions of people who are living with the child.

2           And so a dimensional or categorical approach would

3   be you can have attentional problems and you may not fit all

4   of the exact criteria for that particular diagnostic entity.

5   I'm more in that category.  But in actual fact, she fulfills

6   enough criteria based on her parents' observations to say

7   that her behavior fits into what we now call ADHD.  And the

8   question is, you know, are other people, the soccer coach,

9   the after-school program, people who see her in different

10  settings, is there a consensus?  Is she different in

11  different settings?

12          These are the kinds of things that one would want

13  to have.  I didn't have everything.  I had some of that

14  information, and based on my observations, my review of the

15  medical records, my interview with the parents, I, to the

16  more-likely-than-not, or whatever the characteristic

17  phraseology is, that I felt as though she fulfilled criteria

18  for attention deficit hyperactivity disorder.

19          And I was more concerned, or somewhat concerned --

20  I don't know about more concerned -- about what I thought

21  might be clues to cognitive functioning in terms of

22  organization, planning, inferential reasoning.  You can't

23  really tell that too well at the seven-year-old level.  I

24  don't know that I'm the best person to judge all that, but I

25  have seen enough kids with this kind of behavior to worry

1    about planning and organizing, which is also frontal lobe

2    dysfunction and may be more important than, you know, miles

3    per minute activitywise, at least in the future anyway.  The

4    restlessness, the impatience that I saw was of more concern

5    to me anyway.

6    Q    So let me ask you --

7    A    Sure

8    Q    -- do you have an opinion to a reasonable degree of

9    medical certainty as to whether the injuries that Estella

10   suffered in this neonatal period were a substantial

11   contributing factor in creating or causing the behaviors

12   that you've noticed and others have noticed, as well as some

13   of the cognitive problems that have been uncovered?

14   A    Yes, I do.

15   Q    And what's the opinion?

16   A    My opinion is that the neurological insult that she

17   suffered in the first two weeks of life have had a

18   substantial -- are a substantial contributing factor to the

19   current dysfunctions which have been enumerated previously,

20   and that they are likely -- more likely than not causative

21   or a significant contributing element to the causation of

22   her current dysfunctions, which can, for want of a better

23   term, be labeled ADHD.

24   Q    I would like you to explain for the Court this entity

25   ADHD.  Could you give the Court some understanding of how we

1    In any event, not to go through too many

2    digressions, but over time the labeling has changed and the

3    characteristics have been more refined, or at least

4    consensus has been achieved.

5    So it went from minimal brain damage to minimal

6    brain dysfunction, which sounded a little less scary, and

7    then minimal cerebral dysfunction, which sounded even less

8    ominous.

9    And then parents took ahold in the '60's

10    consumerism, and they said, you know, it isn't always brain

11    injury.  You can't always prove it.  Why don't we just call

12    it as we see it.

13    So then organizations for learning disabilities,

14    organizations for attention deficits, were formed, and the

15    labeling changed according to those responses to

16    consumerism, really, is the way I look at it anyway.

17    In any event -- so there was no question over this

18    history of 100 years that injury to the brain can result in

19    behavioral differences in children.

20    There was a whole curriculum how to teach these

21    children.  Put them in a carol, reduce distractions.

22    What came about in the last 25 years is the

23    understanding that maybe only a minority of children that

24    present in this way have brain injuries that can be proven,

25    and that maybe there is some other activity or factor that

1   evolved, seemed to be genetics.  It seemed pretty well

2   proven that genetics are responsible for the vast majority,

3   not all, but the majority of children who present with these

4   behavioral characteristics.

5          There is specialization and some research that

6   suggests different circuits, frontal lobe circuits, are very

7   popular because the frontal lobe does the things that I

8   mentioned that it does that over time helps you to judge the

9   consequences of your behavior, modulates your behavior,

10  resists impulsivity and so on.

11         So what are the circuits involved?  What are the

12  chemicals involved?  Are there differences in the genes that

13  might explain this?  And there's a lot of hypotheses, and

14  there's no test at this point that somebody can send a blood

15  test or an x-ray and say, yes, you've got it or not.  It's a

16  clinical diagnosis based on the kinds of things that I've

17  talked about.

18         So that sort of brings us to where we are now.

19  That does not negate the fact that even though the majority

20  of children with these signs and symptoms may be on a

21  genetic basis, that's not to take away the foundations of

22  the observations that led to this whole understanding of the

23  entity, which is that it can be an effect of brain injury.

24         And in my experience, which I have had a great deal

25  of experience.  I was in a rehab hospital for 20 years.  I

1    mean I saw plenty brain injuries and the effects often are

2    just that, even in the absence of a definite IQ difference

3    you can see disinhibition and distractibility and

4    impulsivity.

5         And as the children get older you worry about more

6    significant things, not so much miles per minute and how

7    much they run around, but what their patience will be like

8    and what their ability will be to stick to tasks, form

9    relationships, those are the issues that are worrisome to

10   families in adolescence.  And I'm giving a talk on that, so

11   I'm sort of up on that subject, next fall at Harvard, a

12   postgraduate course on pediatric neurology on the adolescent

13   with this condition, because the issues are not so much

14   jumping around as they are inner restlessness.

15        So, anyway, that's probably enough for one day.

16   Q   You used the term "disinhibition."

17   A   Yes.

18   Q   In terms of its neurological basis in the brain --

19   A   Well, the frontal lobes have a lot to do with inhibiting

20   lower centers, and it's known, for example in head injuries,

21   you often -- the brain -- there's acceleration, deceleration

22   forces that take place in a head injury often with sliding

23   of the base of the frontal lobe against this -- actually you

24   can see it here (indicating).

25        The base of the skull here is rough, and where the

1    frontal lobes -- the bottom of the frontal lobes sit.  So if

2    you have a back-and-forth movement, you're going to injure

3    the base of the brain sometimes, and base of the brain

4    injury results in disinhibition and impulsivity, and that's

5    a well-known effect of injury to that part of the brain.

6            I don't know how many people know Phineus Gage, who

7    was railroad worker in Vermont and got a spike through his

8    frontal lobe and lived as a wastrel thereafter.  Even though

9    he may have had the same IQ points, he was, you know, a

10   disinhibited -- whatever he was, in all the New York Times

11   articles on the brain.

12           Anyway --

13   Q   Is it your opinion that the injuries that Estella

14   suffered, those diffuse injuries to the brain, including the

15   seizures and hemorrhages in the thalamus and various other

16   parts of the brain, are those the kinds of injuries that can

17   cause the kinds of behaviors that are noted and the

18   cognitive deficits?

19   A   Yes, I think they are.  I know they are.

20   Q   One more thing.

21           In terms of the size, there is again a contention

22   that because the size of the hemorrhage is very, very small,

23   that that would preclude any kind of causal relationship.

24           What is your opinion?

25   A   Well, I mean, if you have a stroke in an adult, for

Page 42

1    example, well one blood vessel closes over and then there is

2    injury to that part the brain, it's more predictable about

3    what the effects are going to be.

4        A child's brain is plastic, which is good and bad,

5    but the point is in this instance it's not so much that one

6    dot, as I see it, as the encephalopathy that was described

7    from the beginning and that we know would have taken place

8    on the basis of the metabolic arrangements that occur with

9    hypernatremia and with seizures.

10       So I think that's interesting, and you can --

11   there's a lot of speculation.  Right hemisphere is more

12   involved with attention than left hemisphere, and there's a

13   lot of this neurologizing, some of which I believe in and

14   some of which I think is overplayed.

15       I think you have an injury to the brain, diffusely

16   you're going to have some aftereffects along these lines.

17       That's kind of simplistic, but I think probably

18   more complex than it appears.

19   Q   Is it likely that these kinds of deficits manifest

20   themselves over time in different ways?

21   A   Yes.

22   Q   And how so?

23   A   Well, I already mentioned that the hyperactivity dies

24   down in everyone, what adults describe as inner restlessness

25   or impulsive decision making.

1    There's a phrase:  Ready, shoot, aim, that you use

2    to sort of describe some of the kids as they get to be

3    teenagers.  See a car; take a car, whatever.  I'm not going

4    to get into great hyperbole about that.

5    So the point is it manifests differently, and it

6    can be subjective feelings, inability to, you know, hold on

7    to tasks or relationships.

8    So there's different -- and that merges into

9    personality development from -- that may have a variety of

10   antecedents.  So it's not that easy to tease out relative

11   contributions.  I mean, there is a similarity that's noted

12   in children with this label as they grow up that many of

13   them have behaviors that impair their functioning to varying

14   degrees and to varying extents.

15   Q   Do you have an opinion as to whether or not it is more

16   likely than not that Estella will continue to have these

17   kinds of impairments?

18   MR. GIEDT:  I'm going to object, your Honor.

19   This was nowhere in his report and just wasn't part of his

20   analysis.

21   THE COURT:  I would still be interested in the

22   opinion.

23   MR. GIEDT:  Thank you.

24   A   What I do say in the report is that I have concerns that

25   what I notice now will have some implication as the tasks

Page 44

1    for inferential reasoning and problem solving and

2    organizational skills become more complex.  So I had said

3    that and I believe that.  That is my concern, because more

4    likely than not, there will be some of these effects over

5    time.

6                MR. APPEL:  I don't have any further questions

7    for you right now.

8                THE COURT:  Doctor, did you want to take a

9    break before we go to cross-examination?

10               THE WITNESS:  I'm fine.

11               THE COURT:  You're fine?

12               MR. GIEDT:  Can we take a break, your Honor?

13               THE COURT:  Why don't we take five minutes for

14   a break and we'll take the regular break after the

15   cross-examination.

16               THE CLERK:  All rise.

17           Court is in recess.

18           (Recess.)

19               THE CLERK:  All rise for the Honorable Court.

20           Court is open.  You may be seated.

21               THE COURT:  Mr. Giedt.

22               MR. GIEDT:  Thank you, your Honor.

23                         CROSS-EXAMINATION

24   BY MR. GIEDT

25   Q   Good morning, Dr. Hart.  My name is Anton Giedt.    I

1    represent the United States in this matter.

2    A    Good morning.

3    Q    Dr. Hart, when you're evaluating brain injury and any

4    potential neurological sequelae associated with it, is it

5    fair to say that one of the fundamental principles in

6    neurology is something called, the term of art, localize the

7    lesion?

8    A    Is it fair to say -- what did you say?

9    Q    That is one of the fundamental principles when you're

10   evaluating brain injury and potential neurological sequelae.

11   A    Sure, yes.

12   Q    And would you also agree that the two building blocks of

13   that term of art "localize the lesion" are the location of

14   the insult and determining its size?

15   A    Depending on what the situation is.  We know now that

16   there are networks -- in fact, a lot of the information over

17   the last 10 years, 15 years, is talking about neuro

18   networks.  And interruption anywhere along these networks

19   can give rise to various deficits.  So in the crude sense,

20   this is before the era of CT and MRI, you were looking at

21   any paresis, you wanted to know is it on the left side, the

22   front or the back?  But we are talking about behavior, and

23   there's circuitry in networks that are accepted now even to

24   be more significant than in a single lesion.

25   Q    But back to the gross sense, just in layman's terms, if

1    Q    And that can occur due to several different causes,

2    birth hypoxia, infections of the mastoid, sinuses and the

3    ear bleeding, bleeding disorders, connective tissue

4    disorders; is that true?

5    A    It sounds like it's from a textbook.  So I assume it's

6    true.

7    Q    And in Estella's case, the CVT, I think you testified on

8    direct, was due to hypernatremic dehydration?

9    A    I believe it was, yes.

10   Q    Turning to ADHD now.

11   A    Yes.

12   Q    Is it fair to say that when you're evaluating a child

13   for possible causes of inattention you would consider, at

14   least, major life stressors?

15   A    You know, that's pretty well been discounted in the

16   literature.  Life stressors can affect behavior.  If you

17   think specifically inattentiveness, it depends on if it's

18   persistent and the time line, whether it's episodic.  I

19   mean, there are many factors that go into evaluating any

20   symptom.

21          So life stressors causing inattentiveness as such,

22   I suppose if you're preoccupied you might have a period when

23   to the outside world you look inattentive if you're worried

24   about something happening at home, but that would be an

25   episodic kind of thing rather than a persistent finding.

Page 51

1  Q   My question is, in evaluating a child for possible

2  causes of inattention, would you consider major life

3  stressors?

4  A   In evaluating a child for anything, whether it's

5  seizures or headaches or anything else, I try to take a

6  complete history and look at all factors that might be

7  affecting the child's functioning, yes.

8  Q   And is it fair to say that those life stressors could

9  include a long-distance move, absence of a parent for a

10 significant length of time?

11 A   Are life stressors --

12 Q   Could it include --

13 A   Do life stressors include the above --

14 Q   Yes.

15 A   -- or does inattentiveness result from those causes?

16         I'm not sure I understand your question.

17 Q   Do life stressors include -- could they include a

18 long-distance move?

19 A   Yes, life stressors could include a long-distance move.

20 Q   The absence of a parent for a significant length or

21 time?

22 A   Or the absence of a parent for a significant length of

23 time, yes.

24 Q   Birth of a newborn child or sibling?

25 A   These are all life stressors or events in a family's

Page 53

1    A    I don't -- there is actually no long-term follow-up

2    studies of hypernatremia in infants.  That's an area of

3    potential research, I suppose, if they could get enough

4    cases.

5              Vascular injuries, it's known that any injury to

6    the brain can result in some of these.  I've seen that.  I

7    have an article on aphasia, some of which were caused by

8    strokes, school problems, inattentiveness.  Yes, I think

9    those are generally -- specifically from hypernatremia at

10   three weeks of age, there is no long-term follow-ups that I

11   know of.

12                    MR. GIEDT:  Could I have a moment, your Honor?

13                    THE COURT:  Yes.

14             (Counsel conferred.)

15                    MR. GIEDT:  No further questions at this time.

16                    THE COURT:  Mr. Appel.

17                    MR. APPEL:  I have a couple of more, your

18   Honor.

19                    REDIRECT EXAMINATION

20   BY MR. APPEL

21   Q    Dr. Hart, did you look at other potential etiologies for

22   Estella's cognitive and behavioral problems?

23   A    Yes, I did.

24   Q    And what kinds of things were you looking for?

25   A    Well, I specifically asked the parents about any

1  history, since we know genetics can play a role in this.

2  What was their history in terms of attention and behavior

3  and education and so on.  There was nothing that emerged

4  from my discussion with them that might imply that this was

5  a genetic etiology.

6       My examination of Estella did not reveal any

7  dysmorphic features, abnormalities of palmar creases or any

8  of the clues that might indicate chromosomal abnormalities.

9  And I noted that Dr. du Plessis, even in the midst of that

10  initial crisis, noted the same, the implication I took

11  meaning just that, that he was looking for other causes.

12       There was no history of intoxication.  I mean she's

13  only a week old.  So -- there were no other causes that came

14  to my mind that I could eliminate by looking at her or going

15  over the history.  The ones I considered weren't there.

16  Q    So in terms of her behavioral problems and cognitive

17  problems today, did you look at the potential role of

18  psychosocial factors?

19  A    Yes.

20       I mean, my own belief is that she's more vulnerable

21  and that whatever stressors came her way, namely what's been

22  enumerated, the move of the father, or the impending

23  deployments, or the birth of the new baby, then maybe she

24  was a more vulnerable child to begin with and might be

25  expected to perhaps react -- it's sheer speculation, yes,

1  but children who are vulnerable on a biological basis

2  weather stressors perhaps less well than others who are

3  sturdier built, for whatever that's worth, yes.

4  Q    What is the general scientific consensus today with

5  respect to the role of those kinds of factors in --

6  causative role in ADHD and these cognitive problems that

7  we're talking about?

8  A    I think there's general agreement in the literature that

9  this is a neurobiological disorder that is not caused by

10 family stressors, depending on -- you know, as it was just

11 mentioned, if you have a child who is doing well and then

12 suddenly starts crawling under the desk or not paying

13 attention, you wonder if something is going on at home.

14        But that's not the case here.  This is -- what I

15 read and talked with the family about was a persistent

16 pervasive developmental difference from 20 months of age on

17 without necessarily -- maybe with some ups and downs, but

18 not suddenly on a substrate of a normal child, that there

19 suddenly is a period of inattentiveness that persists.

20        So I'm certainly aware of those factors in any

21 family that's in the armed forces, and I actually did a Well

22 Baby clinic at Hanscom Air Force Base myself in 1965.  So

23 I'm familiar with the stressors that military families can

24 be under, but I don't think that this is enough to explain

25 this child's dysfunction.