Page 58

1  pillows and her feet in the air, chewing on her
2  tongue.
3       She does have some days in which she does
4  better, according to Mom, that she's described as
5  that she's fine. But other days she will not listen
6  to what Emily says and will not obey her, or she'll
7  do things that she knows are not right. And Mom
8  gave the example of taking her brother on a scooter
9  ride around the base, which is, you know, obviously
10 dangerous for a young child.
11      She will take out scissors and cut things
12 with them randomly, sort of impulsively. So they
13 don't let her use the -- use the scissors unless
14 she's calm. They hide markers because she'll --
15 otherwise, she'll write places she's not supposed
16 to.
17      Mother reported when I asked her her
18 symptoms -- I gave her also a Vanderbilt -- I asked
19 her the questions on the Vanderbilt, actually, and
20 Mother reported that Estella has -- often has
21 difficulty with -- let's see -- fidgeting or
22 squirming in her seat, acting as if driven by a
23 motor, losing things necessary for tasks or
24 activities, blurting out answers before questions
25 have been completed, and is easily distracted.

Page 59

1          She also often has trouble awaiting her
2   turn, talks too much, avoids tasks that require
3   sustained mental effort, has trouble playing
4   quietly, does not following through on instructions,
5   runs about at inappropriate times, does not seem to
6   listen when spoken to directly, leaves her seat when
7   she's not supposed to, and has difficulty sustaining
8   attention in tasks -- or to tasks or play
9   activities.
10          She also -- Mother also reported that
11  Estella is -- is often loud, she likes to test
12  limits, she'll use words that she's not supposed to
13  use. When angry, she -- she threatened her mother,
14  she threatened to put chemicals in her mother's
15  pillow. She talks back to both parents. And this
16  was confirmed by Father.
17          She is -- was described as often losing her
18  temper; defying or refusing to go along with her
19  parents' requests; deliberately annoying people; as
20  being touchy or easily annoyed; as bullying or
21  intimidating others; and as lying to get out of
22  trouble or avoid obligations.
23          She also was described by Silas as being,
24  in his words, "borderline obsessive compulsive." He
25  gave some examples of the behaviors that he felt

Page 68

1  sentences and was intelligible.  She was
2  cooperative.  She wasn't shy.  Her mood was bright
3  and her affect was -- was congruent.
4      She didn't, you know, express any sort of
5  bizarre kinds of thoughts or -- or anything like
6  that.  We played together briefly, and her play
7  themes were all what would be considered normal for
8  a child her age.  And she interacted appropriately
9  with her baby sisters.
10     She put away her toys after using them.
11 And I did observe her mother ask her to do a couple
12 of things.  And on those occasions when I was
13 watching, she, in fact, did do what she was told.
14     Q.  Okay.  So Dr. Elwyn, based on your -- and
15 thank you -- your extensive review of the records,
16 your exam, the interviews that you've done with the
17 parents and the -- the teachers, and your
18 observations of the child, do you have an opinion,
19 to a reasonable degree of medical certainty, as to
20 whether Estella has any psychiatric disorders?
21     A.  Yes, I do.
22     Q.  And what is that opinion?
23     A.  Well, my opinion is that she does have some
24 psychiatric disorders.  And I will use the DSM-IV
25 classification to outline those.

Page 69

1    In psychiatry, of course, we talk about
2    Axis I diagnoses being sort of the primary focus of
3    concern and then, you know, Axis II sometimes being
4    a focus if -- if there's a personality disorder or
5    mental retardation. But primarily we look at Axis I
6    as indicating the psychiatric pathology.
7    Based upon my review, I believe that she
8    has Attention-Deficit/Hyperactivity Disorder,
9    Predominantly Hyperactive-Impulsive Type. And I
10   also believe that she has Oppositional Defiant
11   Disorder. And finally, she has a history of an
12   Anxiety Disorder, but I don't -- but I would label
13   that as "Prior History" because I don't think at
14   this point in time it's of -- an issue of clinical
15   concern.
16   So the bases for my opinion that she has
17   ADHD are based upon, as I said, my review of the --
18   of the records, the -- you know, the -- the
19   narrative conveyed by both the parents, and also the
20   evidence from numerous observations from different
21   parties that -- regarding her behavior, so that it's
22   not just only based on what the parents have said
23   but also things like the Conners' Rating Scale by
24   the preschool teacher and the various behaviors
25   observed by various parties.

Page 70

1   So if we look at the diagnosis of ADHD and
2   what's required for it, if we're looking at the
3   hyperactive-impulsive type, then we look at having
4   six or more symptoms that are of the
5   hyperactivity-impulsivity spectrum.
6   And these are things like, you know,
7   fidgeting with hands or feet or squirming in seat,
8   leaving seat in classroom or in other situations in
9   which seating -- or remaining seated is -- is
10  expected, running or climbing about excessively
11  where it's inappropriate, having difficulty playing
12  or engaging in leisure activities quietly, being on
13  the go, talking incessantly, you know, blurting out
14  answers, having difficulty waiting her turn, or
15  interrupting or intruding on others.
16  So I -- I believe that the review of the
17  records and -- and -- and the information conveyed
18  to me by the family suggests that she has had the --
19  she has met criteria for this type of ADHD.
20  And there are some other criteria as well,
21  and she's also met those.  Those being that the
22  symptoms were present before age seven years, which
23  is -- is, of course, the case; and that there has
24  been impairment from the systems in two or more
25  settings, such as at school or work and at home; and

Esquire Deposition Services
1-866-619-3925

1  that there is evidence of clinically significant
2  impairment in social, academic, or occupational
3  functioning; and that the symptoms do not occur
4  exclusively during the course of a pervasive
5  developmental disorder, schizophrenia, or other
6  psychotic disorder, and are not accounted for by
7  another mental disorder.
8           Okay. So we know that parents have
9  described her as -- by the age of 20 months as being
10 very energetic. When she was in preschool, she had
11 difficulty sitting in a group during structured
12 time, she ran around in circles. She was described
13 as impulsive and distractive. And it's also noted
14 that this behavior appeared to interfere with her
15 learning at -- even at that early age.
16          The -- the report by Dr. Urion, again,
17 notes that she has several -- several behavioral
18 issues related to impulsivity, inattention, and
19 hyperactivity that are also seen in children with
20 this history of neurological injury.
21          Dr. Marumoto, again, described the
22 behaviors that she saw, things like constantly
23 fidgeting, swaying side to side, touching lips with
24 fingers, touching her hair, being easily distracted
25 during the group, and was noted to have ADHD

```
 1   features of distractibility and impulsivity that may
 2   be treated.
 3            And then finally, Dr. Robert Pedersen, the
 4   pediatric neurologist at Tripler, also observed ADHD
 5   symptoms with impulsivity, inattentiveness, and some
 6   hyperactivity.
 7            Okay.  So those, along with the information
 8   supplied by Mrs. -- Ms. Kim, the preschool teacher,
 9   are suggestive that certainly at that period of time
10   she had these symptoms, and they were impacting her
11   functioning at school.
12            And so in my original report, I indicated
13   that -- there's also some information from -- from
14   the school regarding her behaviors and why she was
15   made eligibility for special education.  So -- so
16   based upon those factors, I felt it was clear that
17   she met criteria.
18            When I spoke with her -- with her
19   kindergarten teacher, Ms. Greenamyer, Ms. Greenamyer
20   indicated that she wasn't having much in terms of
21   impairment at school.  And so I added the qualifying
22   statement that her ADHD was "In Partial Remission"
23   to my diagnosis.
24       Q.   Now, that -- that was back in the spring of
25   '06.  But I take it you now feel -- your opinion is
```

Page 73

1  now that it is not in partial remission and that she
2  does meet all the criteria for
3  Attention-Deficit/Hyperactivity Disorder; correct?
4      A.   Yes, that's correct.  You know, the new
5  evidence suggests that it's likely that it's -- it's
6  no longer in partial remission and that that
7  qualifier -- that that qualifier no longer applies.
8           I ordinarily would like to speak with the
9  teacher myself to get a little more thorough
10 understanding.  But -- but based upon what I have
11 before me, I would say that it's -- it's fair to say
12 that her ADHD has not abated and that it -- it
13 continues, and continues to be a problem.
14      Q.   Now, do you have an opinion, to a
15 reasonable degree of medical certainty, as to
16 whether Estella's injuries, her injuries to her
17 brain in neonatal period -- and in particular, the
18 intraventricular hemorrhage, the seizures, the
19 thalamic hemorrhagic infarction, the dural vein
20 thrombosis -- do you have an opinion to a reasonable
21 degree of medical certainty as to whether these
22 neonatal injuries were a substantial contributing
23 factor in causing her
24 Attention-Deficit/Hyperactivity Disorder?
25           MR. GIEDT:  Objection, for the record.

Page 74

1  Motion to strike. In accordance with
2  Rule 26(a)2(B), the expert report prepared and
3  signed by the witness shall -- shall include a
4  statement of all opinions to be expressed and the
5  basis of reasons therefore, the data or other
6  information considered by the witness in forming
7  their opinions.
8        And while you've done that for ADHD, the
9  report that you've turned over really has no basis
10 or opinion for any -- no basis or conclusion of what
11 you considered for determining what your opinion
12 about the relationship and causal relationship
13 between the cerebral issues were.
14    Q.   BY MR. APPEL: You may -- you may continue.
15    A.   Okay. If I recollect your question, it was
16 do I have an opinion regarding causation of her
17 ADHD.
18    Q.   Yes.
19    A.   Yes. And, yes, I do have an opinion.
20    Q.   And what is that?
21    A.   My opinion is that the injury that she
22 suffered, the neurological or brain injury that she
23 suffered after birth, is an important contributing
24 factor to the development of her ADHD.
25    Q.   And could -- could you just briefly give

Page 75

1  the basis for that.
2      A.   Yes.
3           MR. GIEDT: Objection. And motion to
4  strike. It's nowhere in the report.
5           MR. APPEL: We --
6           THE WITNESS: Sure. Yes.
7           The basis for that is -- there are a couple
8  of bases for that.
9           The first basis for that is that, you know,
10 it's clear that -- that everyone who has evaluated
11 this child has expressed concern that, you know,
12 this -- that -- that ADH- -- well, not everyone has
13 expressed -- let me start again -- that at least
14 Dr. Urion, the behavioral neurologist had, you know,
15 stated that this is the kind of -- you know, ADHD
16 symptoms are the kinds of things that you would see
17 in a child who suffers this kind of -- this kind of
18 brain injury, would be one basis.
19          A little more specifically, although I'm
20 not -- you know, I'm not a researcher, I'm a
21 clinician. Still, I've reviewed the literature to
22 some extent. And my understanding is that children
23 who experience intraventricular hemorrhage are at
24 increased risk for ADHD. I think there's -- there's
25 literature out there that supports that.

1       And -- and finally, you know, causation
2  with regard to ADHD is -- is kind of difficult
3  because we can't say with certainty what causes
4  ADHD. So to say something -- you know, for me to --
5  to say with any, you know, definiteness, I guess,
6  would -- would not be true. But based upon our
7  current conceptualization of ADHD, I'd say it's more
8  likely than not that -- that this was important.
9       And -- and the final part would be that
10 the -- that the -- the stroke or the -- you know,
11 the infarction to the right thalamus also would
12 place her at more risk for developing ADHD just
13 because the -- the thalamus is -- is involved
14 intimately in sort of the neurocircuitry that
15 sustains attention and suppresses competing -- you
16 know, competing -- things that compete for our
17 attention, and a stroke in that area could be quite
18 significant.
19      And so I think for all of those reasons
20 that it's more likely than not that it's an
21 important contributing factor to the development of
22 ADHD.
23      Q.   BY MR. APPEL: In terms of the other
24 etiological factors -- and I know you've already
25 gone through those things, like family history and

1  whether there's any genetic predisposition -- did
2  you find anything in the -- those potential
3  etiologies to be contributing here in any
4  significant way?
5       A.   Right.  So our current conceptualization of
6  ADHD is that it is a highly -- it's a disorder
7  that's very much genetically linked, or it has a
8  high heritability index; it is very common for
9  parents to have -- who have ADHD, for -- for those
10 children to have ADHD and for -- for children who
11 have ADHD to have parents who have had ADHD.  And we
12 know that that's -- that accounts for a substantial
13 percentage of the variance.
14           In my review, I was not able to come up
15 with any genetic influences that would -- were
16 playing a role here.  There was no family history on
17 either side that suggested there was -- that ADHD
18 was present for either parent.
19           And so when you -- when you don't have
20 something like that, then you look to other sort of
21 biological causes that are specific to the
22 individual -- the individual person to find what
23 might be, you know, sort of causative of the
24 condition.
25           And so, yeah -- so those things are things

Page 78

```
 1   like, you know, use of drugs or alcohol by the
 2   mother during the pregnancy, tobacco smoking during
 3   the pregnancy, various problems with the birth,
 4   things of that nature.  And those were all absent.
 5   In fact, there was no other sort of biologically
 6   based contributing factor that I could find outside
 7   of this rather significant brain -- brain injury.
 8              VIDEO OPERATOR:  Excuse me.  Counsel?
 9              MR. APPEL:  Yes.
10              VIDEO OPERATOR:  We have about five minutes
11   left on this tape.
12              MR. APPEL:  Okay.  Do you have another
13   tape?
14              VIDEO OPERATOR:  Yeah.  Sure do.  Do you
15   want to change it now?
16              MR. APPEL:  Okay.
17              Yeah.  Why don't we change it now.
18              VIDEO OPERATOR:  Okay.
19              We are off record at 2:19.
20              This marks the end of videotape number one.
21              (Break taken in proceedings.)
22              VIDEO OPERATOR:  This marks the beginning
23   of videotape number two of the deposition of
24   Todd Elwyn, M.D., held at 980 Ninth Street in
25   Sacramento, California, on March 31st, 2007, in the
```