UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*SILAS CALHOUN and EMILY CALHOUN,    \*
Individually and as Parents and      \*
Next Friends of ESTELLA CALHOUN      \*
        Plaintiffs                   \*    CIVIL ACTION
            vs.                      \*    No. 04-10480-RGS
                                     \*
\*UNITED STATES OF AMERICA            \*
        Defendant                    \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*



BEFORE THE HONORABLE RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE
BENCH TRIAL DAY FOUR
April 12, 2007


APPEARANCES:

        SUGARMAN, ROGERS, BARSHAK & COHEN, P.C., (By
Michael S. Appel, Esq.) 101 Merrimac Street, Boston,
Massachusetts 02114-4737, on behalf of Plaintiffs

        UNITED STATES ATTORNEY'S OFFICE, (By AUSA Anton P.
Giedt and AUSA Karen Goodwin) J. Joseph Moakley
Courthouse, 1 Courthouse Way, Suite 9200, Boston,
Massachusetts 02210, on behalf of Defendants


                    Courtroom No. 2
                    1550 Main Street
                    Springfield, Massachusetts 01103


            JAMES P. GIBBONS, RPR/RMR
                Official Court Reporter
            1 Courthouse Way, Suite 7205
            Boston, Massachusetts  02210
                    (617) 428-0402

1  beginning of his note, he goes on to really specifically

2  describe what he is seeing on the MRI studies, and clearly

3  he's reporting to us that he does not see any evidence of

4  venous infarction.

5  Q   Now, yesterday, and again you stated it again just now,

6  that you went through all of those notes of Dr. du Plessis

7  and very kindly critiqued his technique and his notes.

8  You're aware that Dr. du Plessis, by the way, is a

9  specialist in neonatal neurology?

10  A   Yes, I am aware of that.

11  Q   And he is a practitioner at Children's Hospital here in

12  Boston?

13  A   Yes.

14  Q   And it is the primary pediatric teaching hospital of the

15  Harvard Medical School?

16  A   Yes.

17  Q   And it sees a high volume of pediatric patients?

18  A   Yes.

19  Q   World famous, isn't it?

20  A   Yes.

21  Q   And yesterday you said several times some notion about a

22  lag, that I think -- let me see if I'm stating it correctly.

23       You said that if there was a significant

24  neurological injury, he would not, there would not be any

25  lag in the onset of symptoms; that is, that symptoms and

1    problems would manifest close to the time of injury and

2    continue, and then sort of not just spontaneously show up

3    later.

4         Did I state your opinion correctly?

5    A    Yes, you did.

6    Q    And then you went to the note of Dr. du Plessis on --

7    it's on page 291.  That would be his note of March 28, 2001,

8    correct?

9    A    That is correct.

10   Q    Now, prior to that note and as you went through this in

11   quite a bit of detail, her developmental and neurological

12   exam for months had been completely normal, correct?

13   A    That's correct.

14   Q    And no problems were noted with head size or any of her

15   nerves or any of her movements prior to this time, correct?

16   A    That is correct.

17   Q    I want to direct you to the last paragraph of that page.

18        Are you there?

19   A    Yes, I am.

20   Q    It says, "Overall we are very pleased with Stella's

21   progress.  She has done wonderfully without seizures since

22   the newborn period.  Her development is appropriate if not

23   advanced for her age.  She has a normal neurological

24   examination, except for very mild posturing of the left

25   upper extremity with running and walking fast that is likely

1    a result of the right thalamic hemorrhage in the newborn

2    period," correct?

3    A    That's correct.

4    Q    Did I read that correctly?

5    A    Yes.

6    Q    That had never been seen before?

7    A    That's correct.

8         But in this instance what they're noticing is she's

9    posturing her arm when she runs, and she's not going to be

10   able to run until she is about 13 months of age.

11   Q    Precisely.  Precisely.

12   A    But if she did have some type of stroke or infarct to

13   her brain, which does carry a worse prognosis, which is

14   reported in the literature, then you would expect her to see

15   either some type of agonizing pain on the other side of her

16   body, which is well recognize as a thalamic syndrome.  A

17   thalamic stroke should causing agonizing pain to the

18   opposite side of the body.

19        Now, if --

20   Q    Doctor, thank you.  You made your point.

21        But the point I want to get at here is from

22   Dr. du Plessis's note, that in his opinion on that day, a

23   neurological finding which had not appeared until after

24   actually she was ten months old and started walking now

25   appears, and he attributes it to the fact that she suffered

1    a right thalamic hemorrhage in the newborn period, not an

2    infarction or anything like that.

3            So this is a lag there, sir, a sign that did not

4    come out until she reached the developmental stage in which

5    this would likely manifest; isn't that correct?

6    A    In this situation where we find a mild posturing of the

7    left arm when she is running, it is true you wouldn't see it

8    until she's able to run.

9            But what I'm stating is if she had the symptoms of

10   a thalamic -- a more serious injury to her thalamus, which

11   would be a stroke to her thalamus, then she would be

12   experiencing pain in the opposite side of the body; and

13   clearly those types of symptoms would be recognizable even

14   at an early age, not just when she's running or not just

15   when she's walking.

16   Q    Sir, none of the doctors here attribute -- from my

17   review view of the record, and correct me if I have it

18   wrong, none of these doctors attribute her problems to a

19   stroke?

20   A    This problem -- I would agree.  The posturing of the

21   left arm is probably due to a tiny amount of blood in the

22   opposite -- in the right thalamus.  And that would make

23   sense.

24           But if she had a more significant injury to her

25   thalamus, which would be an infarct or a stroke, then you

1   Q    He is an eminent researcher and clinician in this area;

2   is he not?

3   A    Yes.

4   Q    And you're also aware of the work of Dr. Joseph

5   Biederman, right here in Massachusetts General Hospital?

6   A    Yes.

7   Q    And these gentlemen are recognized authorities in the

8   field of attention deficit hyperactivity disorder, wouldn't

9   you agree?

10  A    They are two of several.  There are other authorities in

11  the area, including James Swanson, Molly Malone and other

12  authors, too.

13  Q    I'm sure there are others, but you would clearly agree

14  with me that Dr. Biederman, let's start with him, and

15  Dr. Spencer, both of them right here in Boston, and they

16  have published many articles on attention deficit

17  hyperactivity disorder, correct?

18  A    That's correct.

19  Q    Now, yesterday you told the Court and everybody in this

20  courtroom that the thalamus -- here, you even had a diagram,

21  the thalamus, right (indicating)?

22  A    That's not the thalamus you're pointing to sir.

23  Q    I'm sorry.  The green one?

24  A    Yes, sir.

25  Q    And that was not implicated at all in ADHD, right?

```
1    A    (Witness nods.)

2    Q    You said ADHD has to do with the cortex, and that the

3    thalamus far away, far away from the cortex, is not a factor

4    in ADHD, correct?

5    A    My recollection is that the main area of involvement of

6    abnormality is the frontal lobes that causes ADHD.

7    Q    Let me give you, sir -- this is a very recent

8    article and it's called Attention Deficit/Hyperactivity

9    Disorder.  It's really a review of the current state of the

10   knowledge, Diagnosis, Lifespan, Comorbidities and

11   Neurobiology and the author of the article is Thomas

12   Spencer, Joseph Biederman and Eric Miche [ph.], Department

13   of Psychiatry.  It was accepted for publication in

14   July 2006, and it was just recently available on line in

15   January, 2007, okay?

16              MR. GIEDT:  May I see a copy of that?

17              MR. APPEL:  Sure.

18   Q    I'd like to first direct you to page 13.

19              Actually, if you'd look at page 12, you can see

20   that the context of this --

21   A    Before you start, sir, could I address what you just

22   originally asked me about?

23   Q    Yes.

24   A    One is that I would like to say that, yes, I agree that

25   Joseph Biederman is a well-respected author in this area,
```

1    but, as you can see, this is a research article, and that

2    this article is not in a published journal.  It has not gone

3    through the standards of peer review.

4    Q   If you look at the front page, sir, you'll see that it's

5    from Ambulatory Pediatrics, volume -- wait a minute.

6              Yes.  This is copyright 2007, Ambulatory Pediatric

7    Association and it's Volume VII, Issue 1, Supplement 1,

8    January 2007, pages 73 to 81.

9              Do you see that?

10   A   Yes, I do.  That's part of my comment, is that this is

11   not considered one of the journals that we would consider to

12   be reliable.  Considering, for example, the New England

13   Journal of Medicine --

14   Q   You just stated that you respect the opinions of

15   Dr. Biederman.

16             So let me continue on here.

17   A   I would like to make a point that, again, this hasn't

18   gone through peer review.

19   Q   All right.  I accept your opinion there.

20             Now, let me again direct your attention to page 13,

21   and, first of all, you recall now that Dr. Hart described

22   what goes on here is this neuro circuitry that's involved in

23   ADHD, and that there are several areas of the brain

24   involved.

25             That's not your testimony.  Your testimony is that

1    it's all in the frontal cortex and the thalamus is not

2    involved, correct?

3    A    If I recall my testimony correctly, is that based on the

4    work of Dr. Molly Malone, 1994, that we have an

5    understanding of the chemical imbalance of the brain.  It

6    involves norepinephrine to the right frontal lobe and

7    dopamine to left frontal lobe and --

8    Q    Thank you, sir.

9    A    -- that chemical imbalance between the two of them.

10    Q    Let me read from page 13.  "Brain" -- I am going to read

11    this slowly because it's a little complicated.

12        "Brain imaging studies fit well with the concept

13    that dysfunction in frontal subcortical pathways occurs in

14    ADHD.  Three subcortical structures implicated by the

15    imaging studies, the caudate, the putamen the globus

16    pallidus, are part of the neuro circuitry underlying motor

17    control, executive functions, inhibition of behavior, and

18    the modulation of reward pathways.  These frontal, striatal,

19    palatal, thalamic circuits provided feedback to the cortex

20    for the regulation of behavior."

21        Did I get that first paragraph right?

22    A    Yes, and may I explain --

23    Q    You'll have an opportunity to explain after I'm through

24    reading this.

25        "The frontal subcortical systems pathways

1    associated with ADHD are rich in catecholamine" -- for

2    instance, dopamine is a catecholamine, correct?

3    A    That's correct.

4    Q    -- "which are involved in the mechanism of the action of

5    stimulant medications used to treat this disorder."

6         Do I have this correct so far?

7    A    Yes.

8    Q    It goes on to say that, "A plausible model for the

9    effects of medications in ADHD suggest that through

10   dopaminergic and/or neurotropic pathways, these agents

11   increased the inhibitory influences of frontal cortical

12   activity on subcortical structures," correct?

13   A    Correct.

14   Q    "Imaging studies also implicate the cerebellum and

15   corpus callosum in the pathophysiology of ADHD." Did I read

16   that correctly?

17   A    Correct.

18   Q    "The cerebellum contributes significantly to cognitive

19   functioning, presumably through cerebella cortical pathways

20   involving the pons and thalamus.

21        Did I read that correctly, sir?

22   A    Yes.

23   Q    Thank you.

24        And you also agreed with me that Dr. Barkley is

25   also a well-recognized authority, and I have here, sir,

1    Dr. Barkley's most recent book.  Did you read this?

2    A    No.

3    Q    And actually you know that Dr. Prince, who is going to

4    be testifying in this case on behalf of the government, he's

5    also published in this book.  Did you know that?

6    A    No.

7    Q    Okay.  So let me show you this book, and we can turn to

8    the pages, and I'll ask you to read them.

9            Let's go first to page 223.

10               MR. GIEDT:  Do you have a copy of what you're

11   going to cite to?

12               MR. APPEL:  Sure.

13           (Counsel conferred.)

14   Q    Let me read 223.  This is a chapter, by the way, of

15   Dr. Barkley's discussing etiologies of ADHD, correct?

16   A    Yes.

17   Q    And he goes through -- if you go back to 220, he's now

18   talking about neurological factors.  Do you see that?

19   A    Yes.

20   Q    And he discusses some neuropsychological studies, and

21   now he's going to talk about the neurological studies of

22   ADHD.  Do you see that?  That starts on 221.

23   A    Yes.

24   Q    And the first thing he says under neurological studies,

25   by the way, on 221 is, It's only within the past two decades

1  that more direct research findings pertaining to

2  neurological integrity in ADHD have increasingly supported

3  the view of a neuro-developmental origin for the disorder,

4  correct?

5  A    Yes.

6  Q    And then on page 223, do you see that, he says if you

7  look at the last paragraph before it gets to

8  neurotransmitter deficiency, it says, "Others reviewing this

9  literature over the last two decades have reached similar

10  conclusions; namely, that abnormalities in the development

11  of the frontal striatal cerebella regions probably underlie

12  the development of ADHD."

13        He then cites several studies, and then says,

14  "These reasons are shown in 5.1."

15        And if you turn to --

16             MR. GIEDT:  What part of the page -- what did

17  you just read from?  I'm sorry.

18             MR. APPEL:  Right down there (indicating.)

19  Q    And I will show you -- if you turn to the next page in

20  your book, you will see diagram 5.1.

21             MR. APPEL:  And, your Honor, if you would like

22  to just see this diagram.

23        (Document handed to the Court.)

24  Q    And it says, "Figure 5.1.  Diagram of the human brain

25  showing the right hemisphere and particularly the location

1    of the striatum, globus pallidus, and thalamus."

2            Did I read that correctly?

3    A    Yes.

4    Q    Now, you also talked about environmental and

5    psychosocial factors, did you not?

6    A    Yes.

7    Q    And let me go back now again to Dr. Barkley right in

8    your book there on page 219.

9            And right on the very first paragraph, I'm going to

10   start about seven lines down, "There is even less doubt now

11   among senior investigators in this field than there was at

12   the time of the preceding edition that although multiple

13   etiologies may lead to ADHD, evidence points to neurological

14   and genetic factors as the greatest contributors of this

15   disorder."

16           And then he goes on to say on the next column --

17   same page, next column -- "Just as important is the fact

18   that in the past decade no credible social environmental

19   theory or even hypothesis concerning causation in ADHD has

20   been developed that either is consistent with the known

21   scientific findings on the disorder or has any explanatory

22   or predictive value for understanding the disorder and

23   driving further scientific research and testing it."  And

24   talks about falsified abilities.  "And given what is now

25   known, nor could there be, because studies of twins and

1    families have made it abundantly clear this the majority of

2    variation in the behavioral traits constituting ADHD is the

3    result of genetic factors.  What little variation remains is

4    best explained by unique events that befall the individual

5    child, often prenatally and are not shared by other members.

6    Those events include biological non-genetic hazards that

7    cause neurological injury, alcohol and tobacco exposure

8    during pregnancy, premature delivery especially with minor

9    brain hemorrhaging, early lead poisoning, stroke, frank

10   brain trauma, to name just a few."

11            So I did read all of that correctly, sir?

12   A    You did, but you read it in bits and pieces.

13   Q    Well, you're welcome to pick out whatever other pieces

14   of this that you would like to read.

15   A    What I would like to point out is that what you're doing

16   is you're reading bits and pieces of it, and it doesn't hold

17   together for one important reason, is that the main area

18   that's involved in ADHD is the frontal lobes, and if it is

19   involved at all with the thalamus, than it must be involved

20   in the dopamine circuitry, which is what you pointed out in

21   your readings.  And the crucial point here is that the

22   dopamine system is on the left, which has been confirmed by

23   Dr. Molly Malone in 1994, and in this situation if the

24   thalamic hemorrhage could even theoretically cause a problem

25   to the dopamine system, it's on the wrong side.  It's on the

1    disorder?

2              THE WITNESS:  Yes, sir.

3              THE COURT:  Going to the general theory of

4    causation, is it your position that the type of injury

5    suffered by Estella could never cause ADHD, or it did not

6    cause ADHD in her case?

7              THE WITNESS:  In her case, sir, I would say

8    that it could never cause it because it's on the wrong side

9    of the brain.

10             THE COURT:  Because of the left side?

11             THE WITNESS:  That's correct, sir.

12             THE COURT:  That's what I understood.  I

13   wanted to make certain I had it straight.

14        This has nothing to do with the case at hand, but I

15   was very intrigued with your explanation of chemical

16   imbalance as an explanation for ADHD, and you explained to

17   us what happens under the hypothesis when norepinephrine is

18   the imbalanced agent.

19        What would happen if the dopamine were the

20   imbalanced agent?

21             THE WITNESS:  If it's only the dopamine that

22   is imbalanced, that is known as Parkinson's disease.

23             THE COURT:  Okay.

24             THE WITNESS:  So you would have a lot of motor

25   disability.

Page 145

1    because this is how it appears on an MRI.  An MRI always

2    reverses it.  The right side is on this side, and the left

3    side it on the opposite.

4            And this would be the frontal lobes here.  Right in

5    this cleft right over here is where the vein, the sagittal

6    vein, would sit outside the brain but right in between here,

7    and then you can see here that this would be the thalamus.

8    So it's this deep structure right in here.

9            And then on the other side, what I attempted to

10   show was again the right side, the left side, and then right

11   here, if you recall from seeing what Dr. Grant was showing

12   us, this would be the tiny spot of the punctate hemorrhage

13   in the thalamus.

14           So to answer Mr. Giedt's question, the thalamus --

15   there's two of them, one on the right and one on the left,

16   and it's this deep structure.

17           The function of the thalamus, or the anatomical

18   function of the thalamus, is a station where information

19   crosses through.  And the main information that crosses

20   through this area is all peripheral sensory information.

21   But mainly the two areas of sensation are pain and

22   temperature, and so what we know about this area is that if

23   there has been a stroke to that area or an infarction in

24   that area, it's a very well-described syndrome.  And what

25   I'm quoting from is from Mantra [ph.] and Gants [ph.], the

1   Neuroanatomy Textbook, and that a thalamic stroke or

2   thalamic syndrome is characterized by intense burning and

3   agonizing pain, which typically occurs after a thalamic

4   infarction to the opposite side of the body.

5          But there is no indication from the textbooks that

6   a thalamic infarction should cause behavioral problems or

7   attention deficit disorder or any learning disorders.

8          What we know now about our current knowledge of ADD

9   is that it's involved here in the frontal lobes.  It's

10  involved in some kind of circuitry that Dr. Hart was

11  referring to or some type of abnormality in the frontal

12  lobes here.  And as you can see from this picture, the

13  frontal lobes are very far away from the thalami or

14  thalamus.

15  Q   Once again will you explain that one -- excuse me, the

16  thalamic syndrome?

17  A   Yes.

18  Q   And that occurs with a stroke; is that correct?

19  A   That's correct.

20  Q   Did Estella have a stroke?

21  A   See, in my opinion, and I think Dr. du Plessis and

22  Dr. Sidhu characterized it correctly, that she probably had

23  this tiny right thalamic bleed which was evidenced by this

24  posturing of her left arm when she ran.  And if she were to

25  have a stroke or an infarction of that thalamus, which would

1    severe brain injury.  That's the severest form.  But you can

2    also have temporary conditions, such as a seizure where you

3    completely lose consciousness but you have no brain injury,

4    no infarction to your brain, and the seizure itself won't

5    cause any brain injury either.

6           So you can have varying degrees all the way from a

7    seizure, which is temporary with no brain injury, all the

8    way to coma where you're completely out and probably due to

9    a very severe brain injury.

10   Q   And Dr. Hart referred to the thalamus as a way station

11   in general terms, and could you -- I think you touched on it

12   little bit before, but in the context of how Dr. Hart

13   described it, do you agree with his assessment of it?

14   A   I did not agree in the sense that the thalamus is a

15   station.  In other words, things pass through there.

16   Information passes through.  But the main information that

17   passes through is the peripheral sensory receptors, namely,

18   temperature and pain.  That's the main information that

19   passes through there.

20          And I believe Dr. Hart was implying that circuits

21   through the -- that would be involved in ADHD somehow go

22   through there.  And in my opinion there is no literature

23   that supports that.  The main area of the brain that's

24   involved in ADHD are the frontal lobes, not the thalamus.

25   Q   Now, Dr. Hart made a reference to Phineas Gage