1          UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
2


3      * * * * * * * * * * * * * *
      *SILAS CALHOUN,  et. al        *
4           Plaintiffs              *      CIVIL ACTION
              vs.                   *      No. 04-10480-RGS
5                                   *
      *UNITED STATES OF AMERICA     *
6           Defendant               *
      * * * * * * * * * * * * * *
7


8


9


10          BEFORE THE HONORABLE RICHARD G. STEARNS
              UNITED STATES DISTRICT JUDGE
11              CIVIL BENCH TRIAL DAY 5
                  April 13, 2003
12


13     APPEARANCES:


14          SUGARMAN, ROGERS, BARSHAK & COHEN, (By Michael S.
       Appel, Esq.) 101 Merrimac Street, Nineth Floor, Boston,
15     Massachusetts   02114-4737, on behalf of Plaintiffs


16          UNITED STATES ATTORNEY'S OFFICE, (By AUSA Anton
       Giedt,) Suite 9200, Moakley Federal Courthouse, Boston,
17     Massachusetts 02210, on behalf of Defendant


18


19


20
                          Courtroom No. 2
21                        95 Main Street
                          Springfield, Massachusetts 02109
22


23          JAMES P. GIBBONS, RPR/RMR
             Official Court Reporter
24          1 Courthouse Way, Suite 7205
           Boston, Massachusetts  02210
25              (617) 428-0402

1    opinion is?

2    A    Certainly.

3         My opinion is that while it's impossible to not

4    connect her early neonatal events to her current symptoms,

5    that there are better explanations and understandings that

6    are -- that point us in the direction of family and social

7    factors that are really leading to the current symptoms that

8    she's experiencing.  And I can certainly give lots of

9    details about that --

10   Q    Starting with the medical records, which you should have

11   in front of you -- and we may run into some places here

12   because the notebook that was sent out to you we've made

13   some additions to it, and when we get to those we will make

14   some changes.

15        But why don't you go ahead and begin and explain

16   for the Court the key components of you explanation and the

17   reasons and bases for your opinion?

18   A    Sure.  The basis of my opinion, first of all, is as

19   Estella Calhoun was followed really by Dr. du Plessis -- and

20   that's d-u space capital P-L-E-S-S-I-S -- she was followed

21   very closely by him shortly after her experience after her

22   birth.  And really by the time that she was in March of '01,

23   Dr. du Plessis noted that developmentally, and this is from

24   his report, Estella is doing wonderfully.  She's actually

25   advanced in and achieving developmental milestones.

1   deal of emotional distress because of the events that

2   followed Estella's birth.  To begin with, I almost lost my

3   daughter twice in a matter of two weeks.  I was told within

4   these two weeks that my daughter may not make it to the next

5   day and" --

6          (Reporter interrupts.)

7          THE WITNESS:  I'm sorry.

8   A   -- "and that she may be paralyzed through half of her

9   body.

10         "On top of that, my husband had to return to Korea

11  after Estella was discharged from Children's Hospital.  I

12  was left alone with a sick newborn.  Due to the event that

13  took place, I was never able to breast-feed Estella again,

14  even with multiple visits to a lactation specialist based

15  out of Beth Israel Deaconess Medical Center.

16         "I was nervous and anxious about breast-feeding due

17  to my fear that she would dehydrate again.  I ended up

18  stressing for over a year for Estella.  Estella had never

19  had a drop of formula."

20         She goes on, "I went through emotional stress with

21  my marriage.  To this day, I do not understand how my

22  marriage survived this time of an emotional hell.  I had

23  always been a calm person.  After these events took place, I

24  became very anxious and worried about my daughter.  I did

25  not leave her with anyone, not even my mother, until she was

1    father is anticipated to be redeployed.

2             So that these were factors that in the past Estella

3    appeared, in my opinion, to have strong reactions to, and

4    that are looming in the horizon for her once again.

5             And I think she's becoming more symptomatic or is

6    described as more symptomatic in those settings.

7    Q    Now, you indicated earlier in starting to explain your

8    opinion that stressors early on, even though the child is

9    small and young, they pick up on this.

10            Now, could you explain a little bit for the Court

11   the basis for that conclusion that little kids, even

12   infants, even though they don't having cognitive abilities

13   or things like that, they pick up on these things.

14   A    Certainly.

15            In the first year of life -- and in particular the

16   most important factors in an infant's development are really

17   bonding and attachment.  And the bonds and attachments that

18   infants do or do not form with their parents have a lot to

19   do with really how they perceive and understand their

20   experiences afterwards.

21            So it's my perception reading the description of

22   the experience that Estella and Emily had together was a

23   very distressing, stressful time and there was a lot of

24   anxiety.

25            So it's my perception that, in fact, Estella

1    developed a lot of -- sort of an anxious type of attachment,

2    although that's not been formally evaluated, and that that

3    means she's very prone to stress.  So that she may, in fact,

4    overreact to stress based on these difficult experiences and

5    have some troubles going forward, really, misperceiving

6    what's dangerous and what's not dangerous, and she me

7    overread dangerous situations.

8    Q    And as a child becomes older, do they appreciate these

9    things more?

10   A    Well, these things are really -- they're not brought

11   into so much awareness.  It's just sort of the way we react.

12   So when we all think of ourselves, we're always the same

13   person.  So we don't -- although there are many changes in

14   development, we always think of ourselves as the same person

15   across time.  So that Estella may not be like other kids who

16   have difficult experiences, may not be aware that these

17   really influence how she perceives and experiences a

18   stressful situation.

19   Q    Is there anything more, you know, pertinent to the -- I

20   was going to move on next to the recent records that have

21   come in, but from your fundamental opinion, is there

22   anything more in the record that you want to point to that

23   supports that opinion?

24   A    I don't think so.

25   Q    I turn your attention to the most -- there was some

1    Q    And he says, and again that's in his report, and it's on

2    page 253.

3    A    Yes, I'm here.

4    Q    That Estella -- she has several behavioral issues

5    related to impulsivity, inattention, and hyperactivity that

6    are often seen in children with this history of neurological

7    history.

8         You don't disagree with Dr. Urion, do you?

9    A    In which statement?

10   Q    In the statement in his summary.  He is talking about

11   Estella.

12   A    I would disagree with him in this particular instance.

13        In children who have neurological injury, we have

14   seen inattention, hyperactivity and impulsivity.  So I agree

15   with that part of the statement.

16   Q    You would not agree with the assertion that the kinds of

17   injuries that Estella suffered could never cause her

18   problems?  You would not agree with that?

19   A    I'm sorry.  I don't understand the question.

20   Q    Let's put it this way.  Would you agree with the

21   statement that the kinds of injuries Estella suffered could

22   never cause her problems?

23   A    No.  I would not agree with that.

24   Q    Correct.

25        Your opinion is that there are other, in your

1   opinion, more likely causes to Estella's problems?

2   A   Yes.

3   Q   Now, you happen to know Ed Hart, don't you?

4   A   Yes.

5   Q   In fact, he's a senior colleague of yours both at North

6   Shore Children's Hospital and at Massachusetts General

7   Hospital?

8   A   He is.

9   Q   And you know that among the many things he's done is

10  he's worked in the field of neurorehabilitation over the

11  years, correct?

12  A   I understand that he worked at the Kennedy Krieger [ph.]

13  Institute, and he used to work at the Franciscan Children's

14  Hospital.  I don't know the details of what he did there.

15  Q   And you wouldn't disagree with his assertion that motor

16  deficits, for instance, do heal over time?

17  A   I would -- I wasn't -- I'm not familiar with him making

18  that assertion, but --

19  Q   You don't disagree with that as a general principle, do

20  you?

21  A   Yes, because it would depend on the context of a motor

22  deficit, if a motor deficit --

23  Q   I think -- let me ask you this.  You're not a

24  neurologist and you're no expert in neurorehabilitation --

25  A   I'm not a neurologist.