UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SILAS CALHOUN, ET AL
Plaintiff(s)

v.

CIVIL ACTION NO. 04-10480-RGS

UNITED STATES OF AMERICA
Defendant(s)

**JUDGMENT IN A CIVIL CASE**

STEARNS, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT, THE UNITED STATES OF AMERICA.

Dated: 4/2/08

SARAH A. THORNTON,
CLERK OF COURT

By _____
Deputy Clerk